1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  Margaret D. Wilkinson (State Bar No. 244965)
   mwilkinson@cov.com
3  COVINGTON & BURLING LLP
   One Front Street
4  San Francisco, CA 94111
   Telephone:    (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendant
   THE HAIN CELESTIAL GROUP, INC.

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO/OAKLAND DIVISION

12

| | |
|---|---|
| ROSMINAH BROWN, on behalf of herself and all others similarly situated, and CENTER FOR ENVIRONMENTAL HEALTH, a non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, and DOES 1-100,<br><br>　　　　Defendants. | Civil Case No.: CV-11-03082 LB<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that the case management conference currently scheduled for Thursday, March 8, 2012 at 10:30 a.m. may be rescheduled to Thursday, April 12, 2012 at 10:30 a.m.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On December 15, 2011, a case management conference was held. The Court scheduled another case management conference for Thursday, March 8, 2012.

2. Counsel for Hain Celestial has a scheduling conflict on March 8, and the parties have agreed that the case management conference may be held on April 12 instead; and

3. Counsel has confirmed with the Court's calendar clerk that the Court is available to hold case management conferences on April 12, and April 12 is the first court date after March 8 when the parties are available.

Accordingly, the parties request that the Court reschedule the case management conference to April 12, 2012 at 10:30 a.m.

In addition, the parties request that the Case Management and Pretrial Order entered on December 19, 2011 (Dkt. No. 18) be amended to provide that the last hearing date for dispositive motions is March 21, 2013, instead of March 21, 2012.

DATED:  January 4, 2012

COVINGTON & BURLING LLP

By: _____/s/_____
MARGARET D. WILKINSON
Attorneys for Defendant THE HAIN CELESTIAL GROUP, INC.

LEXINGTON LAW GROUP

By: _____/s/_____
MARK N. TODZO
Attorneys for Plaintiffs ROSMINAH BROWN and CENTER FOR ENVIRONMENTAL HEALTH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

**[Local Rules 7-12 and 16-2(e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 17, 2012

_____
Hon. Laurel Beeler
United States Magistrate Judge

The Case Management Conference is reset for April 12, 2012 at 10:30 a.m.  A Joint Case Management Conference Statement due by April 5, 2012.