1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   Lucas Williams (State Bar No. 264518)
3  503 Divisadero Street
   San Francisco, CA  94117
4  Telephone:  (415) 913-7800
   Facsimile:  (415) 759-4112
5  mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
6  lwilliams@lexlawgroup.com

7  *Attorneys for Plaintiff ROSMINAH BROWN*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  ROSMINAH BROWN, on behalf of herself       Case No. C 11-03082 LB
    and all others similarly situated, and CENTER
14  FOR ENVIRONMENTAL HEALTH, a non-
    profit corporation,                         **STIPULATED MOTION FOR**
15                                              **ADMINISTRATIVE RELIEF TO VACATE**
                                                **CLASS CERTIFICATION DEADLINES**
16                       Plaintiffs,            **AND [PROPOSED] ORDER (N.D. Cal. Local**
                                                **Rule 7-11)**
17           vs.

18  THE HAIN CELESTIAL GROUP, INC., a
    Delaware Corporation,
19
                         Defendant.
20

21

22

23

24

25

26

27

28

## STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO VACATE CLASS CERTIFICATION DEADLINES

Pursuant to Local Rule 7-11, Plaintiff Rosminah Brown ("Plaintiff") and Defendant The Hain Celestial Group, Inc. ("Defendant") (collectively, the "Parties") hereby request that the Court vacate the class certification deadlines in the case management order pending the Court's rulings on Defendant's motion to dismiss and/or the Parties' joint discovery dispute letter.[1] The Parties believe that vacating the class certification deadlines will conserve the Parties' and the Court's resources, and propose that such deadlines be rescheduled after the Court's clarifying ruling on either or both of the pending matters.

The current deadline for Plaintiff's motion for class certification is August 17, 2012. ECF Docket No. 25, p. 3. Plaintiff believes that, in part due to the discovery dispute, she has not obtained sufficient information to bring her motion for class certification. Given that Plaintiff's motion for class certification is presently due in approximately one month, the Parties respectfully request that the Court vacate the current class certification deadlines, and that such deadlines be rescheduled upon stipulation by the parties, or by Order of the court, after the Court's ruling on either or both of the matters pending before the Court.

Dated: July 13, 2012                                 LEXINGTON LAW GROUP


                                                     By: */s/ Mark N. Todzo*
                                                     Mark N. Todzo
                                                     Attorneys for Plaintiffs
                                                     ROSMINAH BROWN



Dated: July 13, 2012                                 COVINGTON & BURLING LLP


                                                     By: */s/ Simon J. Frankel*
                                                     Simon J. Frankel
                                                     Attorneys for Defendant
                                                     THE HAIN CELESTIAL GROUP, INC.

---

[1]   ECF Docket No. 27 (Defendant's motion to dismiss filed March 2, 2012); ECF Docket No. 52 (the Parties' joint letter brief filed July 2, 2012).

1    **IT IS SO ORDERED.**  The current deadlines for Plaintiff's motion for class certification

2  are vacated and will be rescheduled upon the Court's ruling on the pending motion to dismiss

3  and/or joint discovery dispute letter.

4

5  Dated: _____                    _____

6                                                  The Honorable Laurel Beeler
                                                   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOT. FOR ADMIN. RELIEF; [PROPOSED] ORDER – Case No. C 11-03082 LB

## CERTIFICATE OF SERVICE

On July 13, 2012, I electronically submitted the foregoing document with the Clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing ("ECF") system of the Court.  All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system.  Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com