UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSMINAH BROWN, on behalf of herself and all others similarly situated, and CENTER FOR ENVIRONMENTAL HEALTH, a non-profit corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>　　　　　　Defendant._____/ | No. C 11-03082 LB<br><br>ORDER RE DISCOVERY DISPUTE |

The parties have a discovery dispute. *See* ECF No. 52. The court would like to schedule a conference call for either Wednesday, August 8, 2012 at 10:30 a.m., or Friday, August 10, 2012 at 11 a.m. The parties should confer and call courtroom deputy Lashanda Scott at (415) 522-3140 to calendar one of these dates (or such other date that they arrange with Ms. Scott).

**IT IS SO ORDERED.**

Dated: August 1, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-03082 LB
ORDER