William J. Friedman (admitted *pro hac vice*)
wfriedman@cov.com
Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Samantha J. Choe (State Bar No. 252002)
schoe@cov.com
Matthew D. Kellogg (State Bar No. 280541)
mkellogg@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:     (415) 591-6091

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN, and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Case No.: CV-11-03082 LB<br><br>**[PROPOSED ORDER] DENYING PLAINTIFF'S MOTION TO SET DEADLINE FOR DEFENDANT TO RESPOND TO DISCOVERY ORDER**<br><br>Judge:   Hon. Laurel Beeler |

1    On August 29, 2012, Plaintiffs Rosminah Brown and Eric Lohela ("Plaintiffs")
2 filed a motion styled as one for administrative relief to set deadlines for Defendant The Hain
3 Celestial Group, Inc. ("Hain Celestial") to produce documents pursuant to the discovery order.
4 Defendant filed an opposition to that motion on August 31, 2012.
5    After considering the papers submitted by the parties, the Court denies Plaintiffs'
6 motion.
7    IT IS SO ORDERED.
8 Dated: September 13, 2012, 2012

The Honorable Laurel Beeler
United States Magistrate Judge

[PROPOSED ORDER] DENYING PLAINTIFF'S MOTION TO SET DEADLINE FOR DEFENDANT TO RESPOND TO DISCOVERY ORDER    - 1 -    Civil Case No.: CV-11-03082 LB