# Exhibit A

Lexington Law Group
Brown v. Hain Timeslips Report

| Date | Timekeeper | Description | Time | Slip Value |
|---|---|---|---|---|
| 6/18/2012 | LCW | Review Judge Beeler's procedure for discovery dispute letters; prepare joint letter re: same. | 3.20 | $1,120.00 |
| 6/19/2012 | LCW | Prepare joint letter brief re: discovery dispute. | 1.50 | $525.00 |
| 6/20/2012 | LCW | Prepare joint letter brief re: discovery dispute. | 7.20 | $2,520.00 |
| 6/20/2012 | MNT | Review and edit letter re discovery; confer with LW re same. | 1.70 | $1,037.00 |
| 6/21/2012 | LCW | Revise joint letter brief per MT edits. | 3.10 | $1,085.00 |
| 6/21/2012 | MNT | Review and edit letter brief re discovery; email re same; confer with LW re same. | 0.80 | $488.00 |
| 6/22/2012 | MNT | Research re Judge Beeler discovery procedures; research re protective orders. | 1.30 | $793.00 |
| 6/25/2012 | MNT | TC: J. Friedman re discovery; confer with LW re same. | 0.60 | $366.00 |
| 6/25/2012 | LCW | Meet and confer TC with Jay Friedman; confer with MT re: same | 0.60 | $210.00 |
| 6/25/2012 | LCW | Revise joint letter brief per MT edits; review Judge Beeler discovery orders in other cases. | 2.80 | $980.00 |
| 6/26/2012 | LCW | Edit joint letter brief; email MT re: same. | 3.70 | $1,295.00 |
| 6/26/2012 | MNT | Email correspondence re discovery; research re same; confer with LW re same. | 3.50 | $2,135.00 |
| 6/27/2012 | MNT | Email correspondence re discovery issues. | 0.90 | $549.00 |
| 6/28/2012 | MNT | tc: J. Friedman re discovery; email correspondence re same; confer with LW re same; research re same. | 2.80 | $1,708.00 |
| 6/28/2012 | LCW | meeting with MT re: joint discovery dispute letter. | 0.30 | $105.00 |
| 6/29/2012 | LCW | Finalize joint letter brief for filing; review Hain's section of brief. | 5.20 | $1,820.00 |
| 6/29/2012 | MNT | TC: J. Friedman x 3 re discovery letter; review D's insertions; edit letter brief; confer with LW re same. | 1.90 | $1,159.00 |
| 7/2/2012 | LCW | File joint disco letter brief. | 0.50 | $175.00 |
| 10/9/2012 | LCW | Review discovery orders and Hain's M&C letter; prepare letter brief re: discovery dispute. | 3.50 | $1,225.00 |
| 10/10/2012 | MNT | Prepare discovery dispute letter; research re: discovery of products not purchased; revise discovery dispute letter. | 4.20 | $1,470.00 |
| 10/10/2012 | MNT | Review and edit discovery letter; confer with LW re same. | 1.10 | $671.00 |
| 10/11/2012 | LCW | Revise joint discovery dispute letter per MT edits. | 3.50 | $1,225.00 |
| 10/11/2012 | MNT | Confer with LW discovery letter; email re same and re discovery letter. | 1.70 | $1,037.00 |
| 10/18/2012 | LCW | Prepare Plaintiffs' response to discovery dispute letters. | 7.30 | $2,555.00 |
| 10/18/2012 | MNT | Review discovery letter briefs; confer with LW re same; draft response re same. | 2.80 | $1,708.00 |
| 10/19/2012 | LCW | Prepare Plaintiffs' response to discovery dispute letters. | 6.50 | $2,275.00 |
| 10/19/2012 | MNT | Review and edit discovery letters; confer with LW re same; email re same. | 3.10 | $1,891.00 |
| 10/25/2012 | LCW | Review Hain's inserts to joint discovery letter (Brown v. Hain). | 0.30 | $105.00 |
| 10/26/2012 | LCW | Prepare discovery dispute letters for filing; research re: stay pending motion to strike ISO same. | 4.80 | $1,680.00 |
| 10/26/2012 | MNT | Review and edit revised discovery letters; confer with LW re same; tc: J. Friedman re same; email correspondence re same. | 3.80 | $2,318.00 |
| 12/13/2012 | LCW | Prepare Rule 37(a)(5) motion for expenses. | 5.20 | $1,820.00 |
| 12/14/2012 | LCW | Prepare Rule 37(a)(5) motion for expenses. | 0.40 | $140.00 |
| 12/17/2012 | LCW | Meet with JK re: time reports re: motion for sanctions. | 0.10 | $35.00 |
| 12/17/2012 | LCW | Prepare memorandum ISO motion for 37(a)(5) sanctions. | 5.20 | $1,820.00 |
| 12/18/2012 | LCW | Prepare memorandum ISO motion for 37(a)(5), sanctions. | 5.50 | $1,925.00 |
| 12/19/2012 | LCW | Prepare memorandum ISO motion for 37(a)(5) sanctions; confer with MT re: same. | 3.50 | $1,225.00 |
| 12/19/2012 | LCW | Meet with JK re: time reports re: Rule 37(a)(5) motion for sanctions; review time reports re: same. | 0.50 | $175.00 |
| 12/20/2012 | MNT | Review and edit Rule 37(a)(5) motion for sanctions; confer with LW re: same. | 1.00 | $610.00 |
| 12/26/2012 | MNT | Review and edit Rule 37(a)(5) motion for sanctions; confer with LW re: same. | 1.00 | $610.00 |
| | | **Grand Total** | **106.60** | **$44,590.00** |