# Exhibit B

Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Margaret D. Wilkinson (State Bar No. 244965)
mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROSMINAH BROWN, on behalf of herself and all others similarly situated, and CENTER FOR ENVIRONMENTAL HEALTH, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | Civil Case No.: CV-11-03082 LB<br><br>**DEFENDANT THE HAIN CELESTIAL GROUP, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant The Hain Celestial Group, Inc. ("Hain Celestial") provides the following initial disclosures based on information currently within its possession, custody, or control. Hain Celestial reserves the right to supplement these initial disclosures upon the discovery of new evidence or information or in light of new issues that may arise.

**A.     List of Knowledgeable Individuals (Fed .R. Civ. P. 26(a)(1)(A)(i))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Hain Celestial provides the following list containing the names of those believed likely to have discoverable information that Hain Celestial may use to support its claims or defenses in this action. The listed representatives of Hain Celestial should not be contacted except through the undersigned counsel. Hain Celestial further identifies the subjects of the information believed to be known by the identified persons as follows:

- Alice Lee Brooks, Director of Regulatory Compliance, Personal Care, The Hain Celestial Group, Inc. (formulation of relevant Hain Celestial products during relevant period).
- Emma Froelich-Shea, Senior Vice President, Marketing and Research and Development, Personal Care, The Hain Celestial Group, Inc. (labeling, marketing, advertising, and pricing of relevant Hain Celestial products, pricing of competitor products).
- Kevin J. Lasher, Senior Vice President, Sales, Personal Care, The Hain Celestial Group, Inc. (sales of relevant Hain Celestial products during relevant period).

Hain Celestial reserves the right to call individuals listed in other parties' initial disclosures as witnesses at trial. Hain Celestial further reserves the right to supplement this initial disclosure upon the discovery of new information or upon the introduction of new issues in the case.

**B.     Categories of Relevant Documents (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Hain Celestial provides the following description, by category and location, of the documents, electronically

stored information, and tangible things within its possession, custody, or control that Hain Celestial may use to support its claims or defenses.

- Documents concerning the formulation of relevant Hain Celestial products during the relevant period.
- Documents concerning the labeling of relevant Hain Celestial products during the relevant period.
- Documents concerning the marketing and advertising of relevant Hain Celestial products during the relevant period.
- Documents concerning the pricing and sales of relevant Hain Celestial products and pricing of their competitors during the relevant period.

These documents may be obtained, pursuant to and consistent with the Federal Rules of Civil Procedure, through Covington & Burling LLP, counsel for Hain Celestial.

By disclosing these categories and locations of documents, Hain Celestial does not waive any objections that it has or may have to producing these documents. Hain Celestial reserves the right to supplement this initial disclosure upon the discovery of new information or upon the introduction of new issues in the case.

C.   **Calculation of Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))**

Federal Rule of Civil Procedure 26(a)(1)(A)(iii) is not applicable to Hain Celestial, as it is not claiming a category of damages.

D.   **Insurance (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Hain Celestial identifies, and produces herewith copies of, the following insurance agreements under which an insurer may be liable to satisfy part or all of a judgment which may be entered against Hain Celestial in the action or to indemnify or reimburse Hain Celestial for payments made to satisfy a judgment in this matter.

**Attachment A:** OneBeacon America Insurance Company, policy no. 713-00-90-29-001.

    **Attachment B**: ACE American Insurance Company, policy no. XOO G23892108.

    **Attachment C**: Great American Assurance Company, policy no. EXC 2195405.

  E.  **No Waiver**

    Nothing in this initial disclosure of individuals, documents, or other information shall constitute a waiver of any claim, right, or defense, whether procedural or substantive, including any applicable privilege held by Hain Celestial or its affiliates, and the right to object to any discovery requests that seek the production of documents and information that is not reasonably calculated to lead to the discovery of admissible evidence in this case or that are overly broad and unduly burdensome so as to fail to justify the expense of the sought production.

    Pursuant to Federal Rule of Civil Procedure 26(g)(1), the undersigned certifies that (based upon the information available to date), to the best of his knowledge, information, and belief, formed after a reasonable inquiry, this disclosure is complete and correct as of the time it is made.

DATED: December 14, 2011      COVINGTON & BURLING LLP

By: _[signature]_
Simon J. Frankel
Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.