LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
Lucas Williams (State Bar No. 264518)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
hhirsch@lexlawgroup.com
lwilliams@lexlawgroup.com

Attorneys for Plaintiff ROSMINAH BROWN
and ERIC LOHELA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 11-03082 LB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(a)(5)** |

1  The Court, having reviewed Plaintiffs' Motion for Award of Attorneys' Fees under Federal
2  Rule of Civil Procedure 37(a)(5), and good cause appearing, hereby GRANTS Plaintiffs' motion
3  for an award of attorneys' fees in the amount of $48,870.
4
5  IT IS SO ORDERED.
6
7  DATED:_____    _____
8                                   Hon. Laurel Beeler
                                     United States Magistrate Judge