1  William J. Friedman (admitted pro hac vice)
   wfriedman@cov.com
2  Samantha J. Choe (State Bar No. 252002)
   schoe@cov.com
3  COVINGTON & BURLING LLP
   One Front Street
4  San Francisco, CA 94111
   Telephone:    (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendant
   THE HAIN CELESTIAL GROUP, INC.
7
   LEXINGTON LAW GROUP
8  Mark N. Todzo (State Bar No. 168389)
   Howard Hirsch (State Bar No. 213209)
9  Lucas Williams (State Bar No. 264518)
   503 Divisadero Street San Francisco, CA 94117
10 Telephone: (415) 913-7800
   Facsimile: (415) 759-4112
11 mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
12 lwilliams@lexlawgroup.com

13 Attorneys for Plaintiffs
   ROSMINAH BROWN and ERIC LOHELA
14

15                    **UNITED STATES DISTRICT COURT**

16                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                            **SAN FRANCISCO DIVISION**

18

19 ROSMINAH BROWN, and ERIC LOHELA,            Civil Case No.: CV-11-03082 LB
   on behalf of themselves and all others
20 similarly situated,                         **[PROPOSED] ORDER
                                               POSTPONING BRIEFING ON
21        Plaintiffs,                          PLAINTIFFS' MOTION FOR
                                               ATTORNEYS' FEES IN LIGHT OF
22        v.                                   MEDIATION**

23 THE HAIN CELESTIAL GROUP, INC., a           Judge:   Hon. Laurel Beeler
   Delaware Corporation,
24

25        Defendant.

26
27
28

1 On January 10, 2013, the parties submitted a stipulated request for postponement of the briefing schedule for Plaintiffs' "Motion for Award of Attorneys' Fees Under Federal Rule of Civil Procedure 37(a)(5)." The parties have agreed to participate in mediation that will conclude no later than February 8, 2013, and they ask that further briefing be suspended given the possibility that they will reach an amicable resolution of Plaintiffs' claims.

After considering the stipulation and good cause appearing, the Court will grant the parties' request. Defendant's response in opposition to Plaintiffs' motion for attorneys' fees will be due on February 13, 2013; Plaintiffs' reply will be due on February 20, 2013; and the hearing on the motion shall be set for March 7, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 10, 2013                 _____
                                         The Honorable Laurel Beeler
                                         United States Magistrate Judge

[PROPOSED] ORDER POSTPONING BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES IN LIGHT OF MEDIATION     - 1 -     Civil Case No.: CV-11-03082 LB