UNITED STATES DISTRICT COURT<br>For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>     v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>             Defendant. | No. C 11-03082 LB<br><br>**ORDER REGARDING PENDING MOTION FOR ATTORNEY'S FEES**<br><br>[ECF No. 102] |

Plaintiffs have a pending motion for attorney's fees. *See* ECF No. 102. The parties stipulated to continuing briefing deadlines and also have said that they have reached a settlement agreement in principle. *See* ECF No. 112. For docket management purposes, the court denies the pending motion as moot. If the case does not settle, Plaintiffs may resuscitate the motion by filing a one-page motion that incorporates the prior motion by reference.

This disposes of ECF No. 102.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-03082 LB)