LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
Lucas Williams (State Bar No. 264518)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
hhirsch@lexlawgroup.com
lwilliams@lexlawgroup.com

Attorneys for Plaintiffs
ROSMINAH BROWN and ERIC LOHELA

William J. Friedman (admitted *pro hac vice*)
107 S. West Street
Alexandria, VA 22314
Telephone: (571) 217-2190
Facsimile: (202) 449-8316
pedlarfarm@gmail.com

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Case No.: CV-11-03082 LB<br>Related Case: CV 13-2237 LB<br>**JOINT UPDATED CASE MANAGEMENT STATEMENT**<br>ORDER<br>Date: August 1, 2013<br>Time: 11:00 a.m.<br>Location: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

1   Plaintiffs Rosminah Brown and Eric Lohela and Defendant The Hain Celestial
2   Group, Inc. respectfully submit the following Joint Updated Case Management Statement in
3   advance of the Case Management Conference set for August 1, 2013.
4   As the parties stated at the Case Management Conference on July 11, 2013, an
5   issue has arisen that has precluded the parties from finalizing a settlement. Accordingly, the
6   parties are not prepared to submit a settlement to the Court or propose a schedule for
7   preliminary approval of a settlement. Rather, the parties propose that the Court continue the
8   Case Management Conference for an additional three weeks.[1]
9   The parties agree that, prior to the date of the continued Case Management
10  Conference, they will propose a schedule either for preliminary approval of a settlement or the
11  continued litigation of the action.

13  Dated: July 31, 2013                LEXINGTON LAW GROUP

14                                      By:   *s/Mark N. Todzo*
                                              Mark N. Todzo
15                                            Attorneys for Plaintiffs
                                              ROSMINAH BROWN and
16                                            ERIC LOHELA

18  Dated: July 31, 2013                WILLIAM J. FRIEDMAN

                                        By:   *s/William J. Friedman*
19                                            William J. Friedman
                                              Attorneys for Defendant
20                                            THE HAIN CELESTIAL GROUP, INC.

```
The case management conference is reset to August 22, 2013 at
11:00 a.m.  A Joint Case Management Conference Statement (with
updated information only) due August 15, 2013.
Date: August 1, 2013
```

[APPROVED — Judge Laurel Beeler — United States District Court, Northern District of California]

---

[1] An earlier date would conflict with counsel for plaintiff's previously scheduled vacation plans.

JOINT UPDATED CASE MANAGEMENT STATEMENT     - 1 -            Civil Case No.: CV-11-03082 LB

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark N. Todzo, am the ECF User whose username and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that William J. Friedman, counsel for The Hain Celestial Group, Inc., has concurred in this filing.

Dated:  July 31, 2013                    LEXINGTON LAW GROUP

By:   *s/Mark N. Todzo*
      Mark N. Todzo
      Attorneys for Plaintiffs
      ROSMINAH BROWN and ERIC LOHELA