1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   Lucas Williams (State Bar No. 264518)
3  503 Divisadero Street
   San Francisco, CA 94117
4  Telephone: (415) 913-7800
   Facsimile: (415) 759-4112
5  mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
6  lwilliams@lexlawgroup.com

7  Attorneys for Plaintiffs
   ROSMINAH BROWN and ERIC LOHELA
8
   COVINGTON & BURLING LLP
9  Andrew D. Schau (admitted *pro hac vice*)
   The New York Times Building
10 620 Eighth Avenue, New York, NY 10018-1405
   Telephone: (212) 841-1007
11 Facsimile: (646) 441-9007
   aschau@cov.com
12
   WILLIAM J. FRIEDMAN
13 William J. Friedman (admitted *pro hac vice*)
   107 S. West Street
14 Alexandria, VA 22314
   Telephone: (571) 217-2190
15 Facsimile: (202) 449-8316
   pedlarfarm@gmail.com
16
   Attorneys for Defendant
17 THE HAIN CELESTIAL GROUP, INC.

18                **UNITED STATES DISTRICT COURT**

19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20                        **SAN FRANCISCO DIVISION**

21
   | ROSMINAH BROWN and ERIC LOHELA, | Civil Case No.: CV-11-03082 LB |
   |---|---|
   | on behalf of themselves and all others similarly situated, | **JOINT UPDATED CASE MANAGEMENT STATEMENT** ORDER |
   | Plaintiffs, | Date: August 22, 2013 |
   | v. | Time: 11:00 a.m. |
   | THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, | Location: Courtroom C, 15th Floor |
   | | Judge: Hon. Laurel Beeler |
   | Defendant. | |

Plaintiffs Rosminah Brown and Eric Lohela and Defendant The Hain Celestial Group, Inc. respectfully submit the following Joint Updated Case Management Statement in advance of the Case Management Conference set for August 22, 2013.

As the parties stated at the Case Management Conference on July 11, 2013, an issue has arisen that has precluded the parties from finalizing a settlement. Although the parties have made some progress toward resolving this issue over the past two weeks, no resolution has been finalized. In fact, the possibility remains that the parties will not be able to finalize a settlement and will instead need to reinstate a litigation schedule. Preparing such a schedule is a time intensive process that the parties have put on hold while they attempt to work out the remaining settlement issues. Accordingly, the parties are still not prepared to submit a settlement to the Court or propose a schedule for preliminary approval of a settlement. Rather, the parties propose that the Court continue the Case Management Conference for an additional thirty days.

If the parties are able to finalize the settlement prior to that date, they will submit it for preliminary approval. In the event that the parties are unable to finalize a settlement, they will create a litigation plan and submit it to the Court as part of the Case Management Conference statement.

Dated: August 15, 2013     LEXINGTON LAW GROUP

By: ___*s/Mark N. Todzo*___
Mark N. Todzo
Attorneys for Plaintiffs
ROSMINAH BROWN and
ERIC LOHELA

Dated: August 15, 2013     WILLIAM J. FRIEDMAN

By: ___*s/William J. Friedman*___
William J. Friedman
Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Case Management Conference is reset to September 26, 2013.
Updated Statement due 9/9/2013.

Date: August 21, 2013

JOINT UPDATED CASE MANAGEMENT STATEMENT    - 1 -    Civil Case No.: CV-11-03082 LB

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark N. Todzo, am the ECF User whose username and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that William J. Friedman, counsel for The Hain Celestial Group, Inc., has concurred in this filing.

Dated: August 15, 2013  LEXINGTON LAW GROUP

By: ___s/Mark N. Todzo___
Mark N. Todzo
Attorneys for Plaintiffs
ROSMINAH BROWN and ERIC LOHELA