1  COVINGTON & BURLING LLP
   CLARA SHIN (State Bar No. 214809)
2       email:  cshin@cov.com
   One Front Street
3  San Francisco, California  94111
   Telephone:     (415) 591-6000
4  Facsimile:      (415) 591-6091

5  Attorneys for Defendant THE HAIN CELESTIAL GROUP, INC.

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROSMINAH BROWN and ERIC LOHELA
    on behalf of themselves and all others             Civil Case No.: CV-11-03082 LB
12 | similarly situated,

13 |                         Plaintiffs                **NOTICE OF WITHDRAWAL OF
                                                      COUNSEL AND [PROPOSED]**
14 |     v.                                           **ORDER**

15 | THE HAIN CELESTIAL GROUP, INC., a
    Delaware Corporation
16 |                                                   Judge:  Hon. Laurel Beeler
                             Defendant
17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of October 16, 2013, subject to the approval of the court pursuant to Local Rule 11-5, Covington & Burling LLP and attorneys Andrew D. Schau, Clara J. Shin, and Jay Rapaport withdraw as counsel for The Hain Celestial Group, Inc. and will no longer appear as counsel of record in this action.

The Hain Celestial Group, Inc. will continue to be represented by William L. Stern, Claudia M. Vetesi and Kathleen R. Roney of the law firm Morrison & Foerster LLP, whose appearance on behalf of Defendant in this action was made on September 24, 2013 (Dkt. 140).

DATED: October 16, 2013          COVINGTON & BURLING LLP

By:  /s/
    Clara Shin

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC

## ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
Hon. Laurel Beeler
United States Magistrate Judge