UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>           Defendant. | No. C 11-03082 LB<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[ECF No. 199] |

On July 15, 2014, Plaintiffs filed the Declaration of Mark N. Todzo in Support of Plaintiffs' Motion for Class Certification ("Todzo Declaration"). *See* ECF No. 200-5. They also filed an administrative motion to file under seal exhibits 6-12 of the Todzo Declaration. *See* Administrative Motion, ECF No. 199. Plaintiffs explain that during discovery, third parties Quality Assurance International and Rite Aid Corporation each produced one of these exhibits and Hain Celestial produced the rest. *Id.* Plaintiffs "take no position as to whether the Exhibits are entitled to remain sealed" but they filed their administrative motion because these discovery documents were designated as "Confidential" or "Highly Confidential" under the protective order. *Id.* at 2. Along with their Administrative Motion, Plaintiffs filed a Certificate of Service showing that they served counsel for Quality Assurance International and Rite Aid Corporation with copies of their Administrative Motion by overnight Federal Express mail on June 15, 2014. *See* Proof of Service,

C 11-03082 LB (ORDER)

ECF No. 199-19 at 2.

Under Civil Local Rule 79-5(e)(1), Hain Celestial, Quality Assurance International, and Rite Aid Corporation had four days to file declarations establishing that the designated material they produced is sealable. None of them did so. The court could deny the Administrative Motion on this basis. Nonetheless, because two of these documents were produced by third parties and because it is summertime, the court will give the producing parties two more days to file declarations in support of the sealing motion. Accordingly, Quality Assurance International, Rite Aid Corporation, and Hain Celestial have under July 23, 2014 to file the declarations required by Civil Local Rule 79-5(e)(1). Plaintiffs must notify the third parties of this order and may do so by e-mail and telephone.

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
LAUREL BEELER
United States Magistrate Judge