UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ROSMINAH BROAN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>THE HAIN CELESTIAL GROUP, INC.,<br>　　　　　　Defendant<br>_____/ | No. C 11-3082 LB<br><br>ORDER – 11/6/14 HEARING LIMITED TO CLASS CERTIFICATION |

The court informs the parties that, having considered the pending motions, it will be addressing only the plaintiffs' motion for class certification (ECF No. 242) at the hearing on Thursday, November 6, 2014. The parties do not need to prepare presentations on the pending motions to strike (ECF Nos. 223, 251, 252) or on the plaintiffs' motion for partial summary judgment (ECF No. 244).

**IT IS SO ORDERED.**

Dated: November 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C FIELD(3)