UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant | No. C 11-3082 LB<br><br>ORDER MODIFYING CLASS DEFINITIONS |

On November 14, 2014, the court certified two classes: a "Jason class" and an "Avalon Organics" class. (ECF Nos. 267 at 33, 269 at 33.) The court asked the parties to submit a joint statement with any changes to the definitions. (*Id.*) The parties did. (ECF No. 271.) Hain proposed (and Plaintiffs did not oppose) replacing the words "personal care product" with "cosmetic product." (*Id.*) The court does so and modifies the class definitions as follows:

The Jason Class," defined as:

All persons who purchased a cosmetic product in California sold under the Jason brand name between May 12, 2007 and January 31, 2011 other than those Jason brand cosmetic products that are USDA-certified as organic.

The "Avalon Organics Class," defined as:

All persons who purchased a cosmetic product in California sold under the Avalon Organics brand name between May 12, 2007 and the present other than those Avalon Organics brand cosmetic products that are USDA-certified as organic.

**IT IS SO ORDERED.**

Dated: November 30, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-3082 LB)