WILLIAM J FRIEDMAN (Admitted *Pro Hac Vice*)
107 S. West Street
Alexandria, VA 22314
Telephone: (571) 217-2190
Facsimile: (202) 449-8316

WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, <br><br> Defendant. | Case No.   CV-11-03082 LB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL WILLIAM J. FRIEDMAN AND [PROPOSED] ORDER** <br><br> Judge: Hon. Laurel Beeler <br><br> Complaint Removed: June 21, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 10, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney William J. Friedman withdraws as counsel for The Hain Celestial Group, Inc. and will no longer appear as counsel of record in this action.

The Hain Celestial Group, Inc. will continue to be represented by William L. Stern and Claudia M. Vetesi of the law firm Morrison & Foerster LLP, whose appearance on behalf of Defendant in this action was made on September 24, 2013 (Dkt. No. 140). A copy of this Notice was submitted to the Hain Celestial Group on December 3, 2014 by electronic mail.

Dated: December 9, 2014

WILLIAM J. FRIEDMAN

By: _____
WILLIAM J. FRIEDMAN

Dated: December 9, 2014

WILLIAM L. STERN
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
WILLIAM L. STERN

Attorneys for Defendant THE HAIN CELESTIAL GROUP, INC.

[PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

Dated: December 12, 2014

_____
Hon. Laurel Beeler
United States Magistrate Judge

## ATTESTATION OF E-FILED SIGNATURES

I, William L. Stern, am the ECF User whose username and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that William J. Friedman has concurred in this filing.

Dated: December 9, 2014         By:   /s/ William L. Stern
                                       WILLIAM L. STERN