LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
Lucas Williams (State Bar No. 264518)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
hhirsch@lexlawgroup.com
lwilliams@lexlawgroup.com

Attorneys for Plaintiffs ROSMINAH BROWN
and ERIC LOHELA

REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 11-03082 LB<br><br>**DECLARATION OF MARK N. TODZO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION OF ISSUES**<br><br>Date: May 28, 2015<br>Time: 11:00 a.m.<br>Dept. Courtroom C<br>Judge: Hon. Laurel Beeler |

Case No. C 11-03082 LB

**TODZO DECL. ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**

1  I, Mark N. Todzo, declare as follows:

2      1.    I am a partner with the Lexington Law Group ("LLG") and counsel for Plaintiffs
3  Rosminah Brown and Eric Lohela ("Plaintiffs") in this action.  I have personal knowledge of the
4  matters set forth in this declaration and, if called as a witness, I could and would testify
5  competently thereto.

6      2.    True and correct copies of the relevant excerpts of Plaintiffs' First Set of Special
7  Interrogatories, served on Hain on December 20, 2011, are attached hereto as **Exhibit 1**.

8      3.    True and correct copies of the relevant excerpts of Plaintiffs' First Set of Requests
9  for Production of Documents, served on Hain on December 20, 2011, are attached hereto as
10 **Exhibit 2**.

11     4.    True and correct copies of the relevant excerpts of Hain's Responses to Plaintiffs'
12 First Set of Special Interrogatories, served by Hain on Plaintiffs on March 13, 2012, are attached
13 hereto as **Exhibit 3**.

14     5.    Hain's initial production of documents was limited to copies of labels for Jason
15 products.  True and correct copies of labels of Jason products Hain produced in its initial
16 document production are attached hereto as **Exhibit 4**.  The attached labels are for two types of
17 products Hain now contends are not cosmetic products.  These are only two examples of many
18 such products included within Hain's initial production.

19     6.    True and correct copies of relevant excerpts of Hain's Supplemental Responses to
20 Plaintiffs' First Set of Requests for Production of Documents and Special Interrogatories, served
21 on Plaintiffs on November 15, 2013, are attached hereto as **Exhibit 5**.

22     7.    True and correct copies of labels of products Hain produced as part of its
23 November 2013 document production are attached hereto as **Exhibit 6**.  These labels have Bates
24 numbers that fall within the range that Hain previously specified as forming its list of cosmetic
25 products, Hain_Brown00000072-00001842 and Hain_Brown 00003168-00003695.  I have either
26 personally reviewed the documents within the aforementioned Bates range or had such documents
27 reviewed by other lawyers in my office.  The labels attached hereto as Exhibit 6 are only a small
28

1  sample of labels for products Hain now claims are not cosmetic products that are included within
2  that Bates range.
3       8.      True and correct copies of Hain's January 15, 2015 lists of Jason and Avalon
4  products it contends are "cosmetics" subject to COPA are attached hereto as **Exhibit 7**.
5       9.      On January 23, 2015, Plaintiffs served Hain with Requests for Admission as to any
6  products that Hain had previously disclosed but that did not appear on Hain's January 15th list of
7  cosmetics.  A true and correct copy of Hain's responses to Plaintiffs' Fourth Set of Requests for
8  Admission, served on Plaintiffs on February 26, 2015, is attached hereto as **Exhibit 8**.
9       10.     A true and correct copy of a January 23, 2015 cover letter I sent to Hain's counsel
10 with Plaintiffs' Fourth Set of Requests for Admission is attached hereto as **Exhibit 9**.
11       11.     A true and correct copy of relevant excerpts of the transcript from the Deposition of
12 Victor Mencarelli on February 24, 2015 is attached hereto as **Exhibit 10**.
13       12.     A true and correct copy of a document that was marked as "Exhibit 2" at the
14 Deposition of Victor Mencarelli is attached hereto as **Exhibit 11**.
15       13.     A true and correct copy of the label of the Avalon Organics Everyday Renewal
16 Hydrating Facial Cleanser produced by Hain in discovery is attached hereto as **Exhibit 12**.
17       14.     A true and correct copy of a letter from the state senator for Monterey County, Fred
18 S. Farr, to Governor Edmund G. Brown Re: Senate Bill No. 621 (Farr), Governor's Office, dated
19 June 19, 1961 is attached hereto as **Exhibit 13**.
20       15.     A true and correct copy of a California Office of Consumer Counsel Memorandum to
21 Governor Edmund G. Brown Re: Why We Need A Cosmetic Law: SB 621 (Farr), dated April 28,
22 1961 is attached hereto as **Exhibit 14**.
23       16.     A true and correct copy of a letter from the Director of the California Department of
24 Public Health to Governor Edmund G. Brown Re: Senate Bill No. 621 (Farr), dated June 28, 1961 is
25 attached hereto as **Exhibit 15**.
26       17.     A true and correct copy of a Letter from the U.S. Food & Drug Administration to the
27 Secretary of the Department of Health, Education, and Welfare ("HEW") Re: California Senate Bill
28

**TODZO DECL. ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**

No. 621 (Farr), dated April 28, 1961 is attached hereto as **Exhibit 16**.

18.     A true and correct copy of an Analysis of Senate Bill No. 621 (Farr) by the Legislative Analyst, dated June 9, 1961 is attached hereto as **Exhibit 17**.

19.     A true and correct copy of a Bill Memorandum by Alexander H. Pope Re: Senate Bill No. 621 (Farr), dated July 6, 1961 is attached hereto as **Exhibit 18**.

20.     A true and correct copy of a U.S. Food & Drug Administration Federal Register notice, 23 Fed. Reg. 7483, 7483-4 (Sept. 26, 1958), is attached hereto as **Exhibit 19**.

21.     A true and correct copy of a U.S. Food & Drug Administration, Center for Food Safety and Applied Nutrition Office of Cosmetics and Colors, Cosmetic Labeling Manual, 1991 WL 11250880, dated October 1991 is attached hereto as **Exhibit 20**.

22.     A true and correct copy of a page on the U.S. Food & Drug Administration's website re: "Soap: FAQs," *available at* http://www.fda.gov/Cosmetics/ProductsIngredients/Products/ucm115449.htm (last visited April 23, 2015) is attached hereto as **Exhibit 21**.

23.     A true and correct copy of Merriam-Webster Online Dictionary's definition of "Soap," *available at* http://www.merriam-webster.com/dictionary/soap (last visited April 23, 2015), is attached hereto as **Exhibit 22**.

24.     A true and correct copy of The Free Dictionary by Farlex's definition of "Soap," *available at* http://www.thefreedictionary.com (last visited April 23, 2015), is attached hereto as **Exhibit 23**.

25.     A true and correct copy of Dictionary.com's definition of "Soap," *available at* http://dictionary.reference.com (last visited April 23, 2015), is attached hereto as **Exhibit 24**.

26.     A true and correct copy of Webster's New World Dictionary's (1960) definition of "Soap," at 1383, is attached hereto as **Exhibit 25**.

27.     A true and correct copy of Webster's International Dictionary's (1892) definition of "Soap," at 335, is attached hereto as **Exhibit 26**.

28.     A true and correct copy of Webster's New World Dictionary's (2003) definition of

1 | "Soap," at 611, is attached hereto as **Exhibit 27**.

2 |     29.    A true and correct copy of the label of Avalon Organics® Grapefruit Geranium

3 | Shampoo (AV35103) produced by Hain in discovery is attached hereto as **Exhibit 28**.

4 |     30.    A true and correct copy of the label of Avalon Organics® Lavender Nourishing

5 | Shampoo (AV35126) produced by Hain in discovery is attached hereto as **Exhibit 29**.

6 |     31.    A true and correct copy of the label of Avalon Organics® Medicated Anti-Dandruff

7 | Conditioner (AV36107) produced by Hain in discovery is attached hereto as **Exhibit 30**.

8 |     32.    A true and correct copy of the label of Jason® Apple Spice Body Wash & Hand &

9 | Body Lotion (J11032) produced by Hain in discovery is attached hereto as **Exhibit 31**.

10 |     33.    A true and correct copy of the label of Jason® Mango/Papaya Satin Body Wash

11 | (J02110) produced by Hain in discovery is attached hereto as **Exhibit 32**.

12 |     34.    A true and correct copy of the label of Jason® Aloe Vera Satin Shower Body Wash

13 | (J04452) produced by Hain in discovery is attached hereto as **Exhibit 33**.

14 |     35.    A true and correct copy of the label of Jason® Tea Tree Cooling Mineral Gel Pain

15 | Reliever (J03022) produced by Hain in discovery is attached hereto as **Exhibit 34**.

16 |     36.    A true and correct copy of the label of Jason® Tea Tree Soothing Gel (J04020)

17 | produced by Hain in discovery is attached hereto as **Exhibit 35**.

18 |     37.    A true and correct copy of the label of Jason® Healthy Mouth Plus CoQ10 Gel

19 | Toothpaste (J01525) produced by Hain in discovery is attached hereto as **Exhibit 36**.

20 |     38.    A true and correct copy of the label of Jason® SPF 36 Family Sunblock (J08300)

21 | produced by Hain in discovery is attached hereto as **Exhibit 37**.

22 |     39.    A true and correct copy of the label of Jason® SPF 20 Facial Natural Broad Spectrum

23 | Sunscreen (J08327) produced by Hain in discovery is attached hereto as **Exhibit 38**.

24 |     40.    A true and correct copy of the label of Jason® Makeup Remover (J50005) produced

25 | by Hain in discovery is attached hereto as **Exhibit 39**.

26 |     41.    A true and correct copy of the label of Avalon Organics® Zinc Diaper Balm

27 | (AV37110) produced by Hain in discovery is attached hereto as **Exhibit 40**.

28

42. True and correct copies of Avalon Organics labels and certificates of manufacturer which were produced by Hain in discovery and submitted as Exhibit 8 during the February 24, 2015 deposition of Victor Mencarelli are attached hereto as **Exhibit 41**.

43. True and correct copies of Jason labels and certificates of manufacturer which were produced by Hain in discovery and submitted as Exhibit 25 during the February 24, 2015 deposition of Victor Mencarelli are attached hereto as **Exhibit 42**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of April, 2015, at San Francisco, California.

/s/ *Mark N. Todzo*
Mark N. Todzo