5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others imilarly situated, | No. C 11-03082 LB |
|---|---|
| Plaintiffs, | **[DRAFT] CASE MANAGEMENT ORDER** |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, | |
| Defendant. | |

The following are the pretrial dates:

| Case Event | Date |
|---|---|
| Non-expert discovery completion date | 5/9/2015 |
| Cosmetics motions briefing: completed | 5/14/2015 |
| Cosmetics motion hearing | 5/28/2015 |
| Settlement Conference | TBD (discuss at CMC) |
| Expert disclosures required by Federal Rules of Civil Procedure | 7/2/2015 |
| Rebuttal expert disclosures | 7/30/2015 |
| Expert discovery completion date | 9/3/2015 |
| Last date to file dispositive motions or motion to decertify | 9/3/2015 |
| Last date to file dispositive and/or decertification motion opposition | 9/17/2015 |

CASE MANAGEMENT ORDER
CV11-03082 LB

| Last date to file and/or decertification motion reply | 9/24/2015 |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 10/8/2015, at 9:30 a.m. |
| Meet and confer re pretrial filings | 10/15/2015 |
| Pretrial filings due | 10/22/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 11/5/2015 |
| Final Pretrial Conference | 11/19/2015, at 1:30 p.m. |
| Trial | 12/7/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated:

_____
LAUREL BEELER
United States Magistrate Judge