UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>     Defendant. | Case No.  11-cv-03082-LB<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Joseph C. Spero for a settlement conference.   Settlement Conference set for July 20, 2015 at 9:30 a.m. before Magistrate Judge Joseph C. Spero, 450 Golden Gate Avenue, 15th Floor, Courtroom G, San Francisco CA.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge