| | |
|---|---|
| 1 | LEXINGTON LAW GROUP |
| | Mark N. Todzo (State Bar No. 168389) |
| 2 | Howard Hirsch (State Bar No. 213209) |
| | Lucas Williams (State Bar No. 264518) |
| 3 | 503 Divisadero Street |
| | San Francisco, CA 94117 |
| 4 | Telephone: (415) 913-7800 |
| | Facsimile: (415) 759-4112 |
| 5 | mtodzo@lexlawgroup.com |
| | hhirsch@lexlawgroup.com |
| 6 | lwilliams@lexlawgroup.com |

Attorneys for Plaintiffs
ROSMINAH BROWN and ERIC LOHELA

MORRISON & FOERSTER LLP
WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.75222

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, <br><br> Defendant. | Civil Case No.: CV-11-03082 LB <br><br> **STIPULATED REQUEST TO STAY CASE MANAGEMENT DEADLINES (N.D. Cal. Civil L.R. 6-2)** <br> ORDER <br> Judge:   Hon. Laurel Beeler |

1  Plaintiffs Rosminah Brown and Eric Lohela and Defendant The Hain Celestial
2  Group, Inc., pursuant to Civil Local Rule 6-2, respectfully submit the following stipulated
3  request to stay case management deadlines while the parties finalize the terms of a settlement
4  agreement resolving this litigation and set a schedule for preliminary approval of the settlement:
5  WHEREAS, on July 20, 2015, the parties participated in a settlement conference
6  with the Honorable Joseph Spero, during which the parties reached an agreement in principle;
7  WHEREAS, the parties require additional time to finalize the terms of the
8  settlement agreement and set a schedule for preliminary settlement approval;
9  WHEREAS, in the meantime, the parties wish to conserve the Court's and their
10 own resources by staying the operative case management deadlines;
11 THE PARTIES HEREBY STIPULATE AND REQUEST that the Court stay the
12 operative case management deadlines.  Judge Spero has set a further settlement conference for
13 August 20, 2015 to ensure the parties are progressing toward finalizing the terms of the
14 settlement agreement.  The parties will report back to the Court on or before August 13, 2015 as
15 to the status of the settlement agreement and proposed schedule for preliminary settlement
16 approval.

17 Dated: July 24, 2015                LEXINGTON LAW GROUP

18                                     By:    *s/Mark N. Todzo*
                                           Mark N. Todzo
19                                         Attorneys for Plaintiffs
                                           ROSMINAH BROWN and
20                                         ERIC LOHELA

21

22 Dated: July 24, 2015                MORRISON & FOERSTER LLP

23

24                                     By:    /s/ James M. Schurz
                                           JAMES M. SCHURZ
25 Dated: July 28, 2015                      Attorneys for Defendant THE HAIN
   Stipulation approved. The Court directs   CELESTIAL GROUP, INC.
26 an update to be filed by 8/13/2015 and sets
   a case management conference as a precaution
27 for 8/20/2015 at 11:00 a.m.
   .
28

STIPULATED REQUEST TO STAY CASE MANAGEMENT    - 1 -    Civil Case No.: CV-11-03082 LB
DEADLINES

[APPROVED stamp signed by Judge Laurel Beeler]

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark N. Todzo, am the ECF User whose username and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that James M. Schurz, counsel for The Hain Celestial Group, Inc., has concurred in this filing.

Dated:  July 24, 2015                    LEXINGTON LAW GROUP

By:   *s/Mark N. Todzo*
     Mark N. Todzo
     Attorneys for Plaintiffs
     Rosminah Brown and Eric Lohela