| | |
|---|---|
| LEXINGTON LAW GROUP<br>Mark N. Todzo (State Bar No. 168389)<br>Howard Hirsch (State Bar No. 213209)<br>Lucas Williams (State Bar No. 264518)<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: (415) 913-7800<br>Facsimile: (415) 759-4112<br>mtodzo@lexlawgroup.com<br>hhirsch@lexlawgroup.com<br>lwilliams@lexlawgroup.com<br><br>Attorneys for Plaintiffs<br>ROSMINAH BROWN, ERIC LOHELA, and<br>LAUREN CRIVIER | MORRISON & FOERSTER LLP<br>WILLIAM L. STERN (CA SBN 96105)<br>WStern@mofo.com<br>JAMES M. SCHURZ (CA SBN 145874)<br>JSchurz@mofo.com<br>CLAUDIA M. VETESI (CA SBN 233485)<br>CVetesi@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  415.268.7000<br>Facsimile:  415.268.75222<br><br>Attorneys for Defendant<br>THE HAIN CELESTIAL GROUP, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. CV-11-03082 LB (JCS)<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:        September 3, 2015<br>Time:       11:00 a.m.<br>Judge:     Hon. Laurel Beeler<br>Action Filed: May 11, 2011 |

Pursuant to the Court's Order Setting Further Case Management Conference ("CMC") [Dkt No. 347], and the Clerk's Notice continuing the CMC to September 3, 2015 [Dkt. No. 349], Plaintiffs Rosminah Brown and Eric Lohela, and Defendant The Hain Celestial Group, Inc. (collectively, the "Parties), submit this Joint Updated Case Management Conference Statement.

The Parties have now reached agreement on all material and substantive terms of the settlement. Judge Spero set a September 22, 2015 deadline to file for preliminary approval of the settlement. Because the motion will be unopposed, the Parties request that the Court set the hearing for October 6, 2015.

DATED: August 27, 2015
LEXINGTON LAW GROUP
MARK N. TODZO

/s/ Mark Todzo
MARK N. TODZO
Attorneys for Plaintiffs ROSMINAH BROWN, and ERIC LOHELA

DATED: August 27, 2015
MORRISON & FOERSTER LLP
JAMES M. SCHURZ

/s/ James Schurz
JAMES M. SCHURZ
Attorneys for Defendant THE HAIN CELESTIAL GROUP, INC

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark N. Todzo, am the ECF User whose username and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that, counsel for Defendant The Hain Celestial Group, Inc., James M. Schurz, has concurred in this filing.

Dated: August 27, 2015                    LEXINGTON LAW GROUP

                                          By:  /s/ Mark N. Todzo
                                                 Mark N. Todzo

- 3 -                                                              06-CV-02705-CAB

HAIN/Brown/Settlement/sf-3564020 v1