# Exhibit 1

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 4/30/2011 | April 2011 Copy Charges | $4.41 |
| 4/30/2011 | April 2011 Telecom Charges | $11.62 |
| 5/11/2011 | ASC Brown v Hain Celestial Group, Complaint Filing Fee Organic Labeling | $395.00 |
| 5/11/2011 | ASC, Brown v Hain Celestial Group Complex Filing Fee | $550.00 |
| 5/31/2011 | May 2011 Copy Charges | $24.12 |
| 7/22/2011 | Godspeed Delivery 7/22/11 156974 Organic Labeling, ASC | $49.13 |
| 10/31/2011 | October 2011 Westlaw Charges | $29.99 |
| 11/30/2011 | November 2011 Westlaw Charges | $26.33 |
| 12/15/2011 | Parking Clay Street Garage Organics | $6.00 |
| 12/16/2011 | FedEx, 11/23/11 USDC, Oakland | $13.06 |
| 12/16/2011 | FedEx,12/9/11 USDC, Oakland | $13.06 |
| 12/31/2011 | December 2011 Westlaw Charges | $195.41 |
| 2/17/2012 | Health Haven purchase Jason and Avalon products | $46.07 |
| 2/24/2012 | 12/15/2011 - Toll fee for Hain CMC (receipt) | $4.00 |
| 2/29/2012 | February 2012 Westlaw Charges | $265.46 |
| 3/4/2012 | 03/01/12: Avalon evidence purchase | $26.34 |
| 3/7/2012 | Godspeed Delivery 3/7/12 177703, Organics Hain (ASC) | $144.25 |
| 3/11/2012 | 2/28/12 FedEx to USDC re: Organics: Hain | $13.60 |
| 3/30/2012 | Godspeed Delivery 3/30/12 180170 Organics Hain (USDC, Northern District) | $12.00 |
| 3/31/2012 | March 2012 Telecom Charges | $229.58 |
| 3/31/2012 | March 2012 Postage Charges | $83.01 |
| 3/31/2012 | March 2012 Copy Charges | $177.19 |
| 3/31/2012 | March 2012 Westlaw Charges | $239.67 |
| 4/27/2012 | Parking | $10.00 |
| 4/30/2012 | April 2012 Westlaw Charges | $118.02 |
| 4/30/2012 | April 2012 Copy Charges | $165.38 |
| 4/30/2012 | April 2012 Postage Charges | $77.48 |
| 4/30/2012 | April 2012 Telecom Charges | $210.98 |
| 5/2/2012 | 4/26/12 Transcript for Rosminah Brown, et al v. The Hain Celestial Group, Motion to Dismiss | $271.60 |
| 5/15/2012 | 5/7/12 - FedEx to USDC, San Francisco | $13.97 |
| 5/31/2012 | May 2012 Westlaw Charges | $115.31 |
| 5/31/2012 | May 2012 Telecom Charges | $93.49 |
| 5/31/2012 | May 2012 Copy Charges | $161.25 |
| 5/31/2012 | May 2012 Postage Charges | $75.54 |
| 6/4/2012 | Godspeed delivery 6/4/12 187213 Organics Hain (ASC) | $43.00 |
| 6/14/2012 | Godspeed delivery 6/14/12 188580 Organics Hain (MSC) | $41.00 |
| 6/15/2012 | Godspeed delivery 6/15/12 188653 Sporting Goods (MSC) | $87.00 |
| 6/15/2012 | 5/19/12 - FedEx to USDC, San Francisco | $13.97 |
| 6/15/2012 | 5/23/12 - FedEx to USDC, San Francisco | $13.97 |
| 6/15/2012 | 6/8/12 - FedEx to USDC, San Francisco | $13.97 |
| 6/26/2012 | Godspeed delivery 6/26/12 189787 Handbags (ASC) | $147.00 |
| 6/30/2012 | June 2012 Telecom Charges | $225.75 |
| 6/30/2012 | June 2012 Postage Charges | $59.16 |
| 6/30/2012 | June 2012 Copy Charges | $182.93 |
| 6/30/2012 | June 2012 Westlaw Charges | $98.56 |
| 6/30/2012 | June 2012 Copy Charges | $16.54 |
| 7/17/2012 | Godspeed delivery 7/17/12 191916 Hain (ASC) | $41.50 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| | | |
|---|---|---:|
| 7/20/2012 | 7/2/12 - FedEx to USDC, San Francisco | $13.66 |
| 7/20/2012 | 7/2/12 - FedEx to USDC, San Francisco | $13.66 |
| 7/31/2012 | July 2012 Telecom Charges | $63.41 |
| 7/31/2012 | July 2012 Westlaw Charges | $202.31 |
| 7/31/2012 | July 2012 Copy Charges | $49.00 |
| 7/31/2012 | July 2012 Postage Charges | $18.33 |
| 8/8/2012 | Godspeed delivery 8/8/12 194431 Hain (ASC) | $37.75 |
| 8/23/2012 | Godspeed delivery 8/23/12 195941 Organics Hain (ASC) | $120.75 |
| 8/27/2012 | Godspeed delivery 8/27/12 196261 (ASC) | $111.25 |
| 8/31/2012 | August 2012 Westlaw Charges | $187.31 |
| 8/31/2012 | August 2012 Telecom Charges | $255.23 |
| 8/31/2012 | August 2012 PostageCharges | $85.16 |
| 8/31/2012 | August 2012 Copy Charges | $160.70 |
| 9/21/2012 | 8/15/12 - FedEx to USDC, SF | $13.42 |
| 9/21/2012 | 8/20/12 - FedEx to USDC, SF | $13.42 |
| 9/21/2012 | 8/21/12 - FedEx to USDC, SF | $13.42 |
| 9/21/2012 | 8/29/12 - FedEx to USDC, SF | $13.42 |
| 9/21/2012 | 9/13/12 - FedEx to USDC, SF | $13.60 |
| 9/28/2012 | Hain Mediation - Airfare Reimbursement | $565.60 |
| 9/28/2012 | Hain Mediation - Airfare | $565.60 |
| 9/28/2012 | Hain Mediation - Cab Fare from SFO | $55.00 |
| 9/28/2012 | Sutter Stockton Garage - Hain | $9.00 |
| 9/29/2012 | Hain Mediation - Stanyan Park Hotel | $690.00 |
| 9/30/2012 | September 2012 Copy Charges | $93.60 |
| 9/30/2012 | September 2012 Postage Charges | $83.08 |
| 9/30/2012 | September 2012 Telecom Charges | $197.40 |
| 9/30/2012 | September 2012 Westlaw Charges | $257.33 |
| 10/10/2012 | US Court of Appeals - SF | $230.00 |
| 10/19/2012 | Transcript - Brown 9/20/12 | $114.75 |
| 10/23/2012 | Godspeed delivery 10/23/12 202307 Organics Hain (ASC) | $64.75 |
| 10/29/2012 | Godspeed delivery 10/29/12 202936 Organics Hain (ASC) | $89.12 |
| 10/31/2012 | October 2012 Postage Charges | $82.04 |
| 10/31/2012 | October 2012 Copy Charges | $137.81 |
| 10/31/2012 | October 2012 Telecom Charges | $249.33 |
| 10/31/2012 | October 2012 Westlaw Charges | $275.97 |
| 11/7/2012 | Godspeed delivery 11/7/12 203904 Organics Hain (ASC) | $19.81 |
| 11/16/2012 | FOIA request, #2012-AMS-03045-F | $523.53 |
| 11/30/2012 | November 2012 Postage Charges | $88.53 |
| 11/30/2012 | November 2012 Copy Charges | $91.87 |
| 11/30/2012 | November 2012 Telecom Charges | $173.34 |
| 11/30/2012 | November 2012 Westlaw Charges | $243.49 |
| 12/20/2012 | Mediation for Brown v. Hain Helestial Group Inc., 2/25/13  Ref No. 23-13 | $3,375.00 |
| 12/31/2012 | December 2012 Copy Charges | $57.64 |
| 12/31/2012 | December 2012 Postage Charges | $22.66 |
| 12/31/2012 | December 2012 Telecom Charges | $80.40 |
| 12/31/2012 | December 2012 Westlaw Charges | $159.96 |
| 1/14/2013 | Godspeed delivery 1/14/13 210475 Organics Hain (ASC) | $46.16 |
| 1/23/2013 | FOIA request, #2012-AMS-03045-F | $497.52 |
| 1/31/2013 | January 2013 Copy Charges | $15.20 |
| 1/31/2013 | January 2013 Postage Charges | $68.17 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 1/31/2013 | January 2013 Telecom Charges | $76.24 |
| 1/31/2013 | January 2013 Westlaw Charges | $23.49 |
| 2/26/2013 | Mediation for Brown v. Hain Celestial Group Inc., 3/12/13, Ref No. 23-13 (LLG Share - 25%) | $3,375.00 |
| 2/28/2013 | February 2013 Telecom Charges | $113.97 |
| 2/28/2013 | February 2013 Postage Charges | $59.51 |
| 2/28/2013 | February 2013 Copy Charges | $131.58 |
| 2/28/2013 | February 2013 Westlaw Charges | $45.81 |
| 3/12/2013 | 3/12/13 Hain Mediation | $17.89 |
| 3/15/2013 | 2/19/13 - FedEx to Randall Wulff Dispute Resolution, Oakland | $16.12 |
| 3/18/2013 | Godspeed delivery 3/18/13 216860 Organics-Hain (ASC) | $63.63 |
| 3/27/2013 | 9/20/12 - Parking Fees | $7.50 |
| 3/27/2013 | 12/20/12 - Parking Fees | $7.50 |
| 3/27/2013 | 2/25/13 - Bridge Toll | $6.00 |
| 3/31/2013 | March 2013 Telecom Charges | $15.98 |
| 3/31/2013 | March 2013 Postage Charges | $7.42 |
| 3/31/2013 | March 2013 Copy Charges | $15.37 |
| 3/31/2013 | March 2013 Westlaw Charges | $80.35 |
| 4/30/2013 | April 2013 Westlaw Charges | $2.53 |
| 4/30/2013 | April 2013 Telecom Charges | $16.10 |
| 4/30/2013 | April 2013 Postage Charges | $8.02 |
| 4/30/2013 | April 2013 Copy Charges | $10.89 |
| 5/17/2013 | 4/25/13 - FedEx to USDC, San Francisco | $14.58 |
| 5/31/2013 | May 2013 Westlaw Charges | $0.66 |
| 6/4/2013 | Godspeed Delivery 6/4/13 225868 Organics Hain (ASC) | $35.25 |
| 6/10/2013 | Godspeed Delivery 6/10/13 226500 Organics Hain (ASC) | $39.00 |
| 6/21/2013 | 5/22/13 - FedEx to USDC, San Francisco | $14.32 |
| 6/30/2013 | June 2013 Westlaw Charges | $0.47 |
| 7/3/2013 | Godspeed Delivery 7/3/13 229303 Organics Labeling:Hain (ASC) | $113.25 |
| 7/31/2013 | July 2013 Telecom Charges | $83.59 |
| 7/31/2013 | July 2013 Postage Charges | $954.11 |
| 7/31/2013 | July 2013 Copy Charges | $75.59 |
| 7/31/2013 | July 2013 Westlaw Charges | $18.35 |
| 8/16/2013 | 8/1/13 - FedEx to USDC, San Francisco | $15.82 |
| 8/20/2013 | Godspeed Delivery 8/20/13 234324 Organics Hain (ASC) | $58.50 |
| 8/31/2013 | August 2013 Westlaw Charges | $28.48 |
| 8/31/2013 | August 2013 Postage Charges | $57.48 |
| 8/31/2013 | August 2013 Copy Charges | $74.21 |
| 8/31/2013 | August 2013 Telecom Charges | $81.07 |
| 9/30/2013 | September 2013 Copy Charges | $106.84 |
| 9/30/2013 | September 2013 Postage Charges | $87.36 |
| 9/30/2013 | September 2013 Telecom Charges | $128.90 |
| 9/30/2013 | September 2013 Westlaw Charges | $133.66 |
| 10/3/2013 | Secretary of State of Texas (Hain) | $4.11 |
| 10/9/2013 | OneLegal 1770809 Organics Labeling Hain (Target Corporation) (CAND) | $164.95 |
| 10/9/2013 | OneLegal 1770811 Organics Labeling Hain (Walgreen Company) (CAND) | $164.95 |
| 10/18/2013 | OneLegal 1770814 Organics Labeling Hain (CVS Caremark Corporation) (CAND) | $164.95 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| Date | Description | Amount |
|---|---|---|
| 10/21/2013 | OneLegal 1770812 Organics Labeling Hain (Rite Aid Corporation) (CAND) | $164.95 |
| 10/24/2013 | 8/27/13 - Bridge Toll and Parking Fees | $8.50 |
| 10/24/2013 | 9/26/13 - Parking Fees | $5.00 |
| 10/24/2013 | 10/17/13 - Parking Fees | $3.50 |
| 10/24/2013 | Client dinner with E. Lohela and R. Brown (Organics Hain) | $41.61 |
| 10/25/2013 | Hain Deposition - Airfare (E. Lohela and R. Brown) | $1,615.60 |
| 10/25/2013 | Hain Deposition - Uber Fare | $26.00 |
| 10/25/2013 | Hain Deposition - Cab Fare | $68.94 |
| 10/25/2013 | Client coffee with E. Lohela (Organics Hain) | $5.35 |
| 10/25/2013 | Client lunch with E. Lohela (Organics Hain) | $29.36 |
| 10/25/2013 | Hain Deposition - Lodging (E. Lohela and R. Brown) | $402.50 |
| 10/26/2013 | 10/26/13 - Parking (Organics Hain) | $33.00 |
| 10/26/2013 | Legal Research (Organics Hain) | $1.03 |
| 10/31/2013 | October 2013 Westlaw Charges | $418.98 |
| 10/31/2013 | October 2013 Telecom Charges | $403.56 |
| 10/31/2013 | October 2013 Copy Charges | $360.00 |
| 10/31/2013 | October 2013 Postage Charges | $258.96 |
| 11/15/2013 | 10/24/13 - FedEx to Morrison & Foerster, San Francisco | $14.39 |
| 11/30/2013 | November 2013 Westlaw Charges | $452.27 |
| 11/30/2013 | November 2013 Telecom Charges | $96.23 |
| 11/30/2013 | November 2013 Postage Charges | $209.78 |
| 11/30/2013 | November 2013 Copy Charges | $360.94 |
| 12/20/2013 | 12/03/13 - FedEx to San Francisco, CA | $21.94 |
| 12/31/2013 | December 2013 Westlaw Charges | $379.70 |
| 12/31/2013 | December 2013 Copies Charges | $205.42 |
| 12/31/2013 | December 2013 Postage Charges | $158.57 |
| 12/31/2013 | December 2013 Telecom Charges | $375.33 |
| 1/7/2014 | Godspeed Delivery 01/07/14 250228 Hain (ASC) | $41.50 |
| 1/17/2014 | Federal Express 01/08/14 - Pittsburgh, PA | $27.90 |
| 1/17/2014 | Federal Express 01/14/14 - Pittsburgh, PA | $27.90 |
| 1/30/2014 | 12/12/13 Hain Parking Fees | $5.00 |
| 1/30/2014 | 10/29/13 Bridge Toll and Parking Fees (MNT) | $11.00 |
| 1/30/2014 | 1/10/14 Parking Fees (MNT) | $12.50 |
| 1/31/2014 | January 2014 Telecom Charges | $380.31 |
| 1/31/2014 | January 2014 Postage Charges | $241.59 |
| 1/31/2014 | January 2014 Copy Charges | $253.76 |
| 1/31/2014 | January 2014 Westlaw Charges | $264.42 |
| 2/6/2014 | Parking Fees | $9.00 |
| 2/6/2014 | Parking Fees | $12.00 |
| 2/21/2014 | Brown v. Hain Transcript (2/6/14) | $100.80 |
| 2/27/2014 | Parking Fee | $12.00 |
| 2/27/2014 | Parking (MNT) - Hain Case Management Conference | $12.00 |
| 2/28/2014 | February 2014 Telecom Charges | $575.84 |
| 2/28/2014 | February 2014 Postage Charges | $193.70 |
| 2/28/2014 | February 2014 Copy Charges | $560.34 |
| 2/28/2014 | February 2014 Westlaw Charges | $619.89 |
| 3/5/2014 | Brown v. Hain Hearing Transcript (2/27/14) | $182.50 |
| 3/6/2014 | Hain Document Production - Database Management | $3,716.17 |
| 3/11/2014 | Brown v. Hain Transcript (2/6/14) | $100.80 |

4

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| Date | Description | Amount |
|---|---|---|
| 3/18/2014 | Airfare Differential (HJH) - 3/26/14 New York, NY (Hain deposition) | $74.00 |
| 3/21/2014 | Godspeed Delivery 258686 (ASC) | $39.00 |
| 3/24/2014 | 2/21/14 - FedEx to Santa Clara, CA | $15.73 |
| 3/24/2014 | 3/5/14 - FedEx to Castro Valley, CA | $18.71 |
| 3/24/2014 | 3/11/14 - FedEx to San Rafael, CA | $18.71 |
| 3/25/2014 | Color Copies (815 pages) (Hain) | $221.75 |
| 3/26/2014 | The Postal Chase, Copies (Hain) | $5.44 |
| 3/26/2014 | Color Copies (786 pages) (Hain) | $213.69 |
| 3/26/2014 | Cab fare SFO (HJH) | $51.05 |
| 3/26/2014 | Andale Restaurant (HJH) (Hain) | $10.85 |
| 3/26/2014 | Arrow Checker Cab, fare (HJH) (Hain) | $69.38 |
| 3/26/2014 | Hyatt Hotels NY (HJH) (Hain) | $9.80 |
| 3/27/2014 | Daily Soup Devon & Blakeley (HJH) (Hain) | $76.26 |
| 3/27/2014 | Wharf Bar & Grill (HJH) (Hain) | $32.62 |
| 3/27/2014 | Hyatt Hotels NY (HJH) (Hain) | $8.71 |
| 3/28/2014 | Cab fare (HJH) (Hain) | $57.83 |
| 3/28/2014 | Bobby Vans (HJH) (Hain) | $11.30 |
| 3/28/2014 | Hyatt Hotels NY (HJH) (Hain) | $8.17 |
| 3/28/2014 | Zuckers Bagels (HJH) (Hain) | $84.30 |
| 3/29/2014 | OneLegal 7342169 (ASC) | $66.95 |
| 3/29/2014 | Inflight wireless (HJH) (Hain) | $7.00 |
| 3/29/2014 | Cab fare (HJH) (Hain) | $53.13 |
| 3/29/2014 | Hyatt Hotels NY (HJH) (Hain) | $739.10 |
| 3/31/2014 | March 2014 Copy Charges | $426.07 |
| 3/31/2014 | March 2014 Postage Charges | $284.84 |
| 3/31/2014 | March 2014 Telecom Charges | $582.05 |
| 3/31/2014 | March 2014 Westlaw Charges | $274.00 |
| 4/1/2014 | CourtCall 6174155 | $30.00 |
| 4/1/2014 | CourtCall 6174176 | $30.00 |
| 4/1/2014 | Hain Document Production - Database Management | $1,352.52 |
| 4/2/2014 | OneLegal 1772301 (CAND) | $164.95 |
| 4/3/2014 | JRomer expense reimbursement for Federal Express shipping costs (3/27/14) | $20.24 |
| 4/3/2014 | Parking Fees (MNT) - Hain CMC | $12.50 |
| 4/10/2014 | Godspeed Delivery 261562 (CAND) | $13.50 |
| 4/13/2014 | Deposition Transcript for Emma Froelich-Shea (3/27/14) | $1,775.75 |
| 4/14/2014 | Balance due on hearing transcript (2/6/14) | $4.50 |
| 4/15/2014 | Deposition Transcript for Helen Kor (3/28/14) | $1,119.20 |
| 4/16/2014 | Tx Secy of State, Legal Research | $3.08 |
| 4/16/2014 | 4/16/14 Hain Mediation | $8.15 |
| 4/16/2014 | 4/16/14 Hain Mediation | $10.49 |
| 4/16/2014 | 4/16/14 Parking Fees (MNT) - Hain Mediation | $23.00 |
| 4/18/2014 | 3/25/14 - FedEx to New York, NY | $79.02 |
| 4/18/2014 | 3/25/14 - FedEx to New York, NY | $79.02 |
| 4/18/2014 | 3/26/14 - FedEx to New York, NY | $146.14 |
| 4/18/2014 | 4/9/14 - FedEx to San Francisco, CA | $15.03 |
| 4/18/2014 | 3/31/14 - FedEx Prepaid Return to San Francisco, CA | $24.15 |
| 4/23/2014 | OneLegal 7344789 (CAND) | $76.95 |
| 4/23/2014 | OneLegal 7344788 (CAND) | $76.95 |
| 4/30/2014 | April 2014 Telecom Charges | $336.24 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 4/30/2014 | April 2014 Postage Charges | $60.89 |
| 4/30/2014 | April 2014 Copy Charges | $275.88 |
| 4/30/2014 | April 2014 Westlaw Charges | $205.70 |
| 5/1/2014 | Crivella West, Hain Document Production - Database Management | $1,884.55 |
| 5/8/2014 | 5/8/14 Parking Fees (MNT) - Hain CMC | $9.50 |
| 5/19/2014 | Food Science' eBook | $69.99 |
| 5/23/2014 | 5/23/14 Hain CMC | $9.55 |
| 5/23/2014 | Cab fare to Hain 5/23 CMC | $18.05 |
| 5/23/2014 | 4/16/14 Hain CMC | $7.78 |
| 5/23/2014 | 5/23/14 Parking Fees (MNT) - Hain CMC | $23.00 |
| 5/31/2014 | May 2014 Telecom Charges | $211.95 |
| 5/31/2014 | May 2014 Postage Charges | $93.16 |
| 5/31/2014 | May 2014 Copy Charges | $148.17 |
| 5/31/2014 | May 2014 Westlaw Charges | $40.22 |
| 6/1/2014 | Crivella West, Hain Document Production - Database Management | $1,927.70 |
| 6/6/2014 | Brown v. Hain - Expert Consultant Retainer | $10,000.00 |
| 6/20/2014 | 5/20/14 - FedEx to Pittsburgh, PA | $56.14 |
| 6/20/2014 | 5/21/14 - FedEx to San Francisco, CA | $14.96 |
| 6/20/2014 | 6/7/14 - FedEx to Emeryville, CA | $14.96 |
| 6/20/2014 | 6/9/14 - FedEx to Pittsburgh, PA | $56.14 |
| 6/20/2014 | 6/10/14 - FedEx to Baltimore, MD | $30.57 |
| 6/20/2014 | 6/11/14 - FedEx to Oakland, CA | $14.96 |
| 6/30/2014 | June 2014 Telecom Charges | $392.29 |
| 6/30/2014 | June 2014 Postage Charges | $206.63 |
| 6/30/2014 | June 2014 Copy Charges | $349.32 |
| 6/30/2014 | June 2014 Westlaw Charges | $212.40 |
| 7/1/2014 | Crivella West, Hain Document Production - Database Management | $1,961.93 |
| 7/15/2014 | Godspeed Delivery (Morrison & Foerster) | $17.50 |
| 7/16/2014 | Godspeed Delivery (USDC, Northern District) | $13.50 |
| 7/18/2014 | Federal Express 7/1/14 - Pittsburgh, PA | $28.03 |
| 7/28/2014 | OnPoint Analytics expert consultant (73.70 hours) | $16,343.52 |
| 7/31/2014 | July 2014 Postage Charges | $300.90 |
| 7/31/2014 | July 2014 Copy Charges | $431.24 |
| 7/31/2014 | July 2014 Telecom Charges | $546.27 |
| 7/31/2014 | July 2014 Westlaw Charges | $275.53 |
| 8/1/2014 | Crivella West, Hain Document Production - Database Management | $2,940.23 |
| 8/11/2014 | OneLegal Service of Process (ICED Media Ltd.) | $164.95 |
| 8/12/2014 | DomainWeb - Document download | $9.00 |
| 8/13/2014 | Godspeed Delivery (Morrison & Foerster) | $13.50 |
| 8/15/2014 | OneLegal Service of Process (Affinnova, Inc.) | $164.95 |
| 8/15/2014 | Federal Express 7/16/14 - Alexandria, VA | $26.90 |
| 8/15/2014 | Federal Express 7/16/14 - Ann Arbor, MI | $26.90 |
| 8/15/2014 | Federal Express 7/16/14 - Harrisburg, PA | $26.90 |
| 8/15/2014 | Federal Express 8/12/14 - San Francisco, CA | $14.96 |
| 8/15/2014 | 425 Market Garage, Parking Fees (MNT) | $36.00 |
| 8/19/2014 | OneLegal Service of Process (GFK Custom Research, LLC) | $164.95 |
| 8/19/2014 | OneLegal Service of Process (Creative Media Marketing, Inc.) | $164.95 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| Date | Description | Amount |
|---|---|---|
| 8/28/2014 | Planet Depos Deposition transcript Stephen Hamilton, Ph.D. (8/14/14) | $799.50 |
| 8/28/2014 | OneLegal Service of Process (Ferrara & Company Advertising & Marketing Services LLC) | $164.95 |
| 8/31/2014 | August 2014 Postage Charges | $207.06 |
| 8/31/2014 | August 2014 Copy Charges | $562.35 |
| 8/31/2014 | August 2014 Telecom Charges | $472.06 |
| 8/31/2014 | August 2014 Westlaw Charges | $100.79 |
| 9/1/2014 | Crivella West, Hain Document Production - Database Management | $2,951.48 |
| 9/2/2014 | OneLegal Service of Process (JL Buchanan Inc.) | $164.95 |
| 9/9/2014 | Godspeed Delivery (CAND) | $13.50 |
| 9/12/2014 | Godspeed Delivery (CAND) | $13.50 |
| 9/15/2014 | OnPoint Analytics expert consultant (32.60 hours) | $13,667.50 |
| 9/19/2014 | Federal Express 8/13/14 - San Francisco, CA | $18.12 |
| 9/19/2014 | Federal Express 8/13/14 - Alexandria, VA | $50.59 |
| 9/19/2014 | Federal Express 8/27/14 - Pittsburgh, PA | $26.90 |
| 9/30/2014 | September 2014 Postage Charges | $255.32 |
| 9/30/2014 | September 2014 Copy Charges | $566.46 |
| 9/30/2014 | September 2014 Telecom Charges | $762.81 |
| 9/30/2014 | Septmeber 2014 Westlaw Charges | $567.47 |
| 9/30/2014 | Godspeed Delivery (CAND) | $20.50 |
| 9/30/2014 | City Copy & Print, Color Copies (84 pages) (Hain) | $35.63 |
| 10/1/2014 | Crivella West, Hain Document Production - Database Management | $2,961.08 |
| 10/2/2014 | Godspeed Delivery (CAND) | $16.50 |
| 10/10/2014 | OnPoint Analytics expert consultant (10.0 hours) | $4,873.88 |
| 10/16/2014 | Godspeed Delivery (CAND) | $13.50 |
| 10/23/2014 | 425 Market Garage, Parking Fees (MNT) | $26.25 |
| 10/28/2014 | OnPoint Analytics expert consultant (49.7 hours) | $20,427.50 |
| 10/31/2014 | October 2014 Postage Charges | $137.59 |
| 10/31/2014 | October 2014 Telecom Charges | $327.60 |
| 10/31/2014 | October 2014 Westlaw Charges | $262.54 |
| 10/31/2014 | October 2014 Copy Charges | $328.97 |
| 11/1/2014 | Crivella West, Hain Document Production - Database Management | $2,971.15 |
| 11/6/2014 | SFMTA Garage, Parking Fees (MNT) | $11.50 |
| 11/12/2014 | Godspeed Delivery (CA Supreme Court) | $23.00 |
| 11/18/2014 | Mitchell Scientific & Professional Consulting expert consultant (1.4 hours) | $490.00 |
| 11/18/2014 | Echo Reporting, Inc., Brown v. Hain hearing transcript (11/6/14) | $81.60 |
| 11/20/2014 | OneLegal Service of Process (KeHe Distributors, LLC) | $169.95 |
| 11/24/2014 | OneLegal Service of Process (Trader Joe's Company) | $67.95 |
| 11/26/2014 | OneLegal Service of Process (Wal-Mart Stores, Inc.) | $169.95 |
| 11/30/2014 | November 2014 Telecom Charges | $309.53 |
| 11/30/2014 | November 2014 Postage Charges | $105.40 |
| 11/30/2014 | November 2014 Copy Charges | $364.96 |
| 11/30/2014 | November 2014 Westlaw Charges | $229.20 |
| 12/1/2014 | Crivella West, Hain Document Production - Database Management | $2,971.58 |
| 12/4/2014 | OneLegal Service of Process (The Kroger Co.) | $169.95 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 12/8/2014 | OneLegal Service of Process (Vitamin Shoppe, Inc.) | $169.95 |
| 12/8/2014 | OneLegal Service of Process (Vitamin Shoppe, Inc.) | $169.95 |
| 12/10/2014 | City Copy and Print - Color copies | $4.80 |
| 12/22/2014 | OnPoint Analytics expert consultant (5.30 hours) | $2,340.00 |
| 12/22/2014 | Godspeed Delivery (CAND) | $13.50 |
| 12/23/2014 | OnPoint Analytics expert consultant (64.90 hours) | $26,817.50 |
| 12/23/2014 | OnPoint Analytics expert consultant data purchase | $6,100.00 |
| 12/29/2014 | Heffler Class Notice Media Buy (Hain) Ref #IBEN3VXP7H (LLG funds transfer to Skyblake acct; wire... | $75,734.00 |
| 12/30/2014 | City Copy and Print, Color Copies (240 Pages) (Hain) | $96.57 |
| 12/31/2014 | December 2014 Telecom Charges | $278.19 |
| 12/31/2014 | December 2014 Postage Charges | $110.89 |
| 12/31/2014 | December 2014 Copy Charges | $239.38 |
| 12/31/2014 | December 2014 Westlaw Charges | $117.90 |
| 12/31/2014 | Crivella West, Hain Document Production - Database Management | $2,971.58 |
| 1/8/2015 | SFMTA Civic Center Garage (MNT) | $16.00 |
| 1/9/2015 | Leo Mankiewicz, RMR CRR, CMC Transcript Brown v. Hain (1/8/15) | $28.80 |
| 1/18/2015 | Leo Mankiewicz, RMR CRR, Balance due on CMC Transcript Brown v. Hain (1/8/15) | $1.80 |
| 1/20/2015 | Thomas Maronick - Expert witness fees (10.5 hrs) | $5,775.00 |
| 1/27/2015 | Conference fees. Investigation of use of aloe in "organic" cosmetics. (ADB) | $129.00 |
| 1/31/2015 | January 2015 Westlaw Charges | $98.01 |
| 1/31/2015 | January 2015 Telecom Charges | $243.76 |
| 1/31/2015 | January 2015 Postage Charges | $92.06 |
| 1/31/2015 | January 2015 Copy Charges | $229.26 |
| 1/31/2015 | Crivella West, Hain Document Production - Database Management | $2,972.06 |
| 2/6/2015 | Godspeed Delivery (CAND) | $13.50 |
| 2/9/2015 | Kroger Co. document production pursuant to subpoena | $300.00 |
| 2/9/2015 | American, 2/9/15 (SFO-LGA) Airfare (HH) | $401.20 |
| 2/9/2015 | American, 2/9/15 (SFO-LGA) Seat Assignment Fee (HH) | $114.15 |
| 2/18/2015 | City Copy & Print, Color Copies (480 pages) (Hain) | $153.60 |
| 2/18/2015 | Virgin America 2/23/15-2/25/15 (SFO-JFK) Airfare (HJH) | $700.20 |
| 2/19/2015 | OneLegal Service of Process (Precision Label, Inc.) | $68.95 |
| 2/19/2015 | City Copy & Print, Color Copies (365 pages) (Hain) | $119.02 |
| 2/19/2015 | SFMTA Garage, Parking Fees for 2/19 Hearing (MNT) | $7.00 |
| 2/20/2015 | OneLegal Service of Process (Label Impressions, Inc.) | $68.95 |
| 2/21/2015 | Jennie Romer expense reimbursement for copying costs (2/24/15) | $58.21 |
| 2/23/2015 | GoGoair.com, In-flight Wifi (HJH) | $20.00 |
| 2/23/2015 | NYC Taxi, Cab fare from Airport (HJH) | $69.73 |
| 2/23/2015 | SFO Peet's Coffee, 2/23/15 Hain Depo (HJH) | $2.33 |
| 2/23/2015 | Taxicab, Cab Fare to Airport (HJH) | $55.00 |
| 2/24/2015 | NYC Taxi, Cab fare (HJH) | $12.36 |
| 2/24/2015 | NYC Taxi, Cab fare (HJH) | $12.96 |
| 2/24/2015 | Zuckers Bagels, 2/23/15 Hain Depo (HJH) | $102.23 |
| 2/24/2015 | NYC Taxi, Cab fare to Airport (HJH) | $69.73 |
| 2/25/2015 | Zuckers Bagels, 2/23/15 Hain Depo (HJH) | $78.15 |
| 2/26/2015 | GoGoair.com, In-flight Wifi (HJH) | $24.00 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 2/26/2015 | Hyatt, Lodging for 2/23/15 Hain Depo (HJH) | $546.30 |
| 2/26/2015 | Taxilimo, Cab Fare from Airport (HJH) | $55.00 |
| 2/27/2015 | Virgin America 2/25 (JFK-SFO) In-Flight Service (HJH) | $8.00 |
| 2/27/2015 | Virgin America 2/25 (JFK-SFO) In-Flight Service (HJH) | $7.00 |
| 2/27/2015 | Virgin America 2/25 (JFK-SFO) In-Flight Service (HJH) | $14.50 |
| 2/28/2015 | February 2015 Telecom Charges | $619.80 |
| 2/28/2015 | February 2015 Postage Charges | $272.48 |
| 2/28/2015 | February 2015 Copy Charges | $484.47 |
| 2/28/2015 | February 2015 Westlaw Charges | $364.74 |
| 2/28/2015 | Crivella West, Hain Document Production - Database Management | $2,987.75 |
| 3/3/2015 | OneLegal Service of Process (Sunflower Farmers Markets, LLC) | $95.95 |
| 3/3/2015 | Virgin America 3/9/15-3/11/15 (SFO-JFK) Airfare (HJH) | $700.20 |
| 3/3/2015 | Virgin America 3/9/15 (SFO-JFK) Express Seating Fee (HJH) | $30.00 |
| 3/3/2015 | Virgin America 3/11/15 (JFK-SFO) Express Seating Fee (HJH) | $30.00 |
| 3/4/2015 | Carrie McKee-Parks CSR, Brown v. Hain transcript order (minute docket #299) | $27.60 |
| 3/5/2015 | OneLegal Service of Process (Threshold Enterprises, Ltd.) | $98.90 |
| 3/5/2015 | City Copy & Print, Color Copies (600 pages) (Hain) | $194.23 |
| 3/9/2015 | Yellow Card, Cab fare to Airport (HJH) | $53.00 |
| 3/9/2015 | GoGoair.com, In-flight Wifi (HJH) | $34.95 |
| 3/10/2015 | City Copy & Print, Color Copies (24 pages) (Hain) | $7.57 |
| 3/10/2015 | Draught 55, 3/11/15 Hain Depo (HJH) | $34.31 |
| 3/10/2015 | Everyday Gourmet, 3/11/15 Hain Depo (HJH) | $19.19 |
| 3/10/2015 | NYC Taxi, Cab fare from Airport (HJH) | $69.76 |
| 3/11/2015 | Dunkin Donuts, 3/11/15 Hain Depo (HJH) | $2.38 |
| 3/11/2015 | The Wheeltapper, 3/11 Hain Depo (HJH) | $37.95 |
| 3/11/2015 | Zuckers Bagels, 3/11/15 Hain Depo (HJH) | $21.08 |
| 3/11/2015 | Marriott Hotels, Lodging for 3/11/15 Hain Depo (HJH) | $1,036.86 |
| 3/11/2015 | NYC Taxi, Cab fare to Airport (HJH) | $72.63 |
| 3/11/2015 | GoGoair.com, In-flight Wifi (HJH) | $30.95 |
| 3/12/2015 | Virgin America 3/17/15-3/18/15 (SFO-JFK) Airfare (HJH) | $806.20 |
| 3/12/2015 | Virgin America 3/17/15 (SFO-JFK) Express Seating Fee (HJH) | $30.00 |
| 3/12/2015 | Virgin America 3/18/15 (JFK-SFO) Express Seating Fee (HJH) | $30.00 |
| 3/12/2015 | Boingo Wireless, Airport Wifi (HJH) | $7.95 |
| 3/12/2015 | Virgin America 3/12 (JFK-SFO) In-Flight Service (HJH) | $14.50 |
| 3/12/2015 | Taxilimo, Cab Fare (HJH) | $56.76 |
| 3/13/2015 | OnPoint Analytics expert consultant (50.80 hours) | $22,727.50 |
| 3/15/2015 | OneLegal Service of Process (Knowlton Development Corporation) | $169.95 |
| 3/15/2015 | OneLegal Service of Process (Walgreen Co.) | $169.95 |
| 3/15/2015 | OneLegal Service of Process (Cosmedx Science, Inc.) | $68.95 |
| 3/15/2015 | OneLegal Service of Process (Pharmaca Integrative Pharmacy, Inc.) | $169.95 |
| 3/15/2015 | OneLegal Service of Process (Knowlton Development Corporation) | $169.95 |
| 3/15/2015 | OneLegal Service of Process (Sun Deep Inc.) | $68.95 |
| 3/15/2015 | OneLegal Service of Process (Whole Foods Market of California, Inc.) | $169.95 |
| 3/15/2015 | OneLegal Service of Process (Mrs. Gooch's Natural Food Markets, Inc.) | $53.95 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| Date | Description | Amount |
|---|---|---|
| 3/16/2015 | City Copy & Print, Color Copies (244 pages) (Hain) | $76.95 |
| 3/17/2015 | David Feldman Worldwide CSRs, Deposition transcript Kevin Joseph Lasher (2/25/15) | $1,090.20 |
| 3/17/2015 | David Feldman Worldwide CSRs, Deposition transcript Victor Mencarelli (2/24/15) | $1,464.45 |
| 3/17/2015 | OnPoint Analytics expert consultant (36.05 hours) | $12,369.25 |
| 3/17/2015 | Hyatt, Lodging for 3/18/15 Hain Depo (HJH) | $487.54 |
| 3/17/2015 | Yellow Card, Cab fare to airport (HJH) | $59.00 |
| 3/17/2015 | NYC Taxi, Cab fare (HJH) | $9.75 |
| 3/17/2015 | NYC Taxi, Cab fare (HJH) | $69.76 |
| 3/17/2015 | NYC Taxi, Cab fare (HJH) | $10.37 |
| 3/17/2015 | SFO Peet's Coffee, 3/18/15 Hain Depo (HJH) | $2.56 |
| 3/17/2015 | GoGoair.com, In-flight Wifi (HJH) | $30.95 |
| 3/17/2015 | FedExOffice, Color & BW Copies (1,395 pages) (Hain) | $670.57 |
| 3/18/2015 | Hyatt Market, 3/18/15 Hain Depo (HJH) | $8.71 |
| 3/18/2015 | JFK Tigin, 318/15 Hain Depo (HJH) | $49.88 |
| 3/18/2015 | Global Limo Taxi, Cab Fare (HJH) | $105.80 |
| 3/19/2015 | OneLegal Service of Process (Whole Foods Market California, Inc.) | $95.95 |
| 3/19/2015 | OneLegal Service of Process (Mrs. Gooch's Natural Foods Markets, Inc.) | $53.95 |
| 3/19/2015 | Acre Goumet, 3/18/15 Hain Depo (HJH) | $2.08 |
| 3/19/2015 | GoGoair.com, In-flight Wifi (HJH) | $12.00 |
| 3/19/2015 | SFMTA Garage, Parking Fees for 3/19 Hearing (MNT) | $15.00 |
| 3/19/2015 | Taxi Cab, Cab Fare (HJH) | $57.42 |
| 3/19/2015 | FedExOffice, Color & BW Copies (948 pages) (Hain) | $443.99 |
| 3/20/2015 | Echo Reporting, Inc., Brown v. Hain hearing transcript | $72.00 |
| 3/20/2015 | OneLegal Service of Process (Trader Joe's Company) | $92.90 |
| 3/20/2015 | Federal Express 2/20/15 - New York, NY | $116.54 |
| 3/20/2015 | Federal Express 2/20/15 - New York, NY | $187.13 |
| 3/20/2015 | Federal Express 3/4/15 - San Lorenzo, CA | $18.49 |
| 3/20/2015 | Federal Express 3/6/15 - New York, NY | $77.91 |
| 3/20/2015 | Federal Express 3/6/15 - New York, NY | $137.14 |
| 3/20/2015 | Federal Express 2/26/15 - San Francisco, CA (return ship from NY) | $131.26 |
| 3/20/2015 | Federal Express 3/12/15 - San Francisco, CA (return ship from NY) | $65.13 |
| 3/21/2015 | Jennie Romer expense reimbursement for copying costs (3/10/15, 3/18/15 & 3/20/15) | $101.00 |
| 3/21/2015 | Jennie Romer expense reimbursement for cab fare (3/18/15) | $6.36 |
| 3/21/2015 | Jennie Romer expense reimbursement for lunches delivered to deposition site (Zuckers, 3/18/15) | $60.93 |
| 3/21/2015 | JFK Peet's Coffee, 3/18/15 Hain Depo (HJH) | $2.72 |
| 3/21/2015 | Uber, Cab Fare (HJH) | $6.49 |
| 3/23/2015 | OneLegal Service of Process (Bruce Nomura) | $98.90 |
| 3/23/2015 | OneLegal Service of Process (Whole Foods Market California, Inc.) | $37.95 |
| 3/23/2015 | OneLegal Service of Process (Mrs. Gooch's Natural Food Markets, Inc.) | $37.95 |
| 3/24/2015 | OneLegal Service of Process (Lotus Light Enterprises, Inc.) | $169.95 |
| 3/24/2015 | OneLegal Service of Process (Internet Archive) | $68.95 |

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES
## 4/30/2011 – 11/30/2015

| | | |
|---|---|---|
| 3/25/2015 | DomainWeb - Document download | $5.00 |
| 3/30/2015 | David Feldman Worldwide CSRs, Deposition transcript Sarah Galusha (3/10/15) | $1,543.45 |
| 3/31/2015 | March 2015 Telecom Charges | $714.30 |
| 3/31/2015 | March 2015 Postage Charges | $287.31 |
| 3/31/2015 | March 2015 Copy Charges | $817.64 |
| 3/31/2015 | March 2015 Westlaw Charges | $346.27 |
| 3/31/2015 | David Feldman Worldwide CSRs, Deposition transcript Nathalie Yin (3/11/15) | $1,349.90 |
| 3/31/2015 | Crivella West, Hain Document Production - Database Management | $3,047.36 |
| 3/31/2015 | Heffler Claims Group, Settlement administration through 2/28/15 (Brown v. Hain) | $6,922.12 |
| 4/2/2015 | Thomson Reuters Expert Witness Services, T. Vichroski expert consultant (7.70 hrs) | $2,887.50 |
| 4/3/2015 | Godspeed Delivery (US District Court) | $27.00 |
| 4/6/2015 | David Feldman Worldwide CSRs, Deposition transcript Marla Hyndman (3/18/15) | $1,152.40 |
| 4/8/2015 | Legislative History & Intent, Legal research re: Health & Safety Code Section 109900 (Hain) | $353.25 |
| 4/9/2015 | SFMTA Civic Center Garage, Parking Fees | $7.00 |
| 4/11/2015 | David Feldman Worldwide CSRs, Deposition transcript Emma E.B. Froelich-Shea (3/20/15) | $1,410.85 |
| 4/13/2015 | Echo Reporting, Inc., Brown v. Hain hearing transcript (4/9/15) | $80.40 |
| 4/14/2015 | Carrie McKee-Parks CSR, Brown v. Hain transcript balance due (2/19/15) | $16.80 |
| 4/17/2015 | Federal Express 3/20/15 - San Francisco, CA (Return ship from NY) | $18.64 |
| 4/17/2015 | Federal Express 4/1/15 - Pittsburgh, PA | $26.40 |
| 4/17/2015 | Federal Express 3/19/15 - San Francisco, CA (Return ship from NY) | $52.17 |
| 4/20/2015 | OnPoint Analytics expert consultant (7.30 hours) | $3,102.50 |
| 4/24/2015 | Godspeed Delivery (CAND) | $13.50 |
| 4/30/2015 | April 2015 Telecom Charges | $308.19 |
| 4/30/2015 | April 2015 Copy Charges | $358.77 |
| 4/30/2015 | April 2015 Postage Charges | $138.44 |
| 4/30/2015 | April 2015 Westlaw Charges | $226.65 |
| 4/30/2015 | Crivella West, Hain Document Production - Database Management | $3,060.32 |
| 5/11/2015 | The Postal Chase, thumb drive for Data Transfer | $21.38 |
| 5/15/2015 | Godspeed Delivery (CAND) | $13.50 |
| 5/15/2015 | Federal Express 5/11/15 - Emeryville, CA | $15.09 |
| 5/19/2015 | Thomson Reuters Expert Witness Services, T. Vichroski expert consultant (17.03 hrs) | $6,424.20 |
| 5/28/2015 | SFMTA Garage, Parking (MNT) | $10.50 |
| 5/31/2015 | May 2015 Telecom Charges | $284.92 |
| 5/31/2015 | May 2015 Postage Charges | $128.67 |
| 5/31/2015 | May 2015 Copy Charges | $189.38 |
| 5/31/2015 | May 2015 Westlaw Charges | $25.54 |
| 5/31/2015 | May 2015 Westlaw Charges | $191.48 |
| 5/31/2015 | Q1 2015 Pacer Charges | $8.20 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| Date | Description | Amount |
|---|---|---|
| 5/31/2015 | Thomson Reuters Expert Witness Services, T. Vichroski expert consultant (1.67 hrs) | $626.25 |
| 5/31/2015 | Crivella West, Hain Document Production - Database Management | $3,083.73 |
| 6/2/2015 | Echo Reporting, Inc., Brown v. Hain hearing transcript (5/28/15) | $80.40 |
| 6/11/2015 | OnPoint Analytics expert consultant (38.25 hours) | $15,441.25 |
| 6/19/2015 | Federal Express 5/18/15 - Pittsburgh, PA | $26.66 |
| 6/19/2015 | Federal Express 5/21/15 - San Francisco, CA | $15.09 |
| 6/22/2015 | Mitchell Scientific & Professional Consulting expert consultant (9.625 hours) | $3,368.75 |
| 6/25/2015 | City Copy & Print, Color Copies (21 pages) (Hain) | $11.19 |
| 6/27/2015 | Clipper, transit settlement conference (HJH) | $2.25 |
| 6/30/2015 | June 2015 Postage Charges | $132.69 |
| 6/30/2015 | June 2015 Telecom Charges | $239.74 |
| 6/30/2015 | June 2015 Copy Charges | $198.68 |
| 6/30/2015 | OnPoint Analytics expert consultant (108.85 hours) | $40,858.75 |
| 6/30/2015 | Crivella West, Hain Document Production - Database Management | $3,083.73 |
| 6/30/2015 | June 2015 Westlaw Charges | $96.97 |
| 7/2/2015 | CourtCall 7020758 | $116.00 |
| 7/6/2015 | Godspeed Delivery (CAND) | $37.00 |
| 7/20/2015 | SQ*Philz Coffee, Hain settlement conference (HJH) | $10.75 |
| 7/20/2015 | SQ*Philz Coffee, Hain settlement conference (HJH) | $4.00 |
| 7/20/2015 | SFMTA Garage, Parking for 7/20 sett conf (MNT) | $29.00 |
| 7/21/2015 | Hain Deposition - Airfare (E. Lohela and R. Brown) | $1,350.40 |
| 7/21/2015 | Cartwright Hotel - Lodging | $490.62 |
| 7/21/2015 | Uber Fare - Transit | $199.13 |
| 7/21/2015 | Uber, Cab Fare, Hain settlement conference (HJH) | $17.22 |
| 7/27/2015 | OnPoint Analytics expert consultant (152.85 hours) | $5,513.25 |
| 7/27/2015 | OnPoint Analytics expert consultant (152.85 hours) | $20,733.25 |
| 7/31/2015 | July 2015 Postage Charges | $133.75 |
| 7/31/2015 | July 2015 Copy Charges | $242.42 |
| 7/31/2015 | July 2015 Telecom Charges | $351.71 |
| 7/31/2015 | July 2015 Westlaw Charges | $376.09 |
| 7/31/2015 | Crivella West, Hain Document Production - Database Management | $2,553.29 |
| 7/31/2015 | Steinberg & Associates, Inc. - Expert consultants (Hain) | $514.95 |
| 8/7/2015 | GoGoair.com, In-flight Wifi (HJH) | $33.95 |
| 8/20/2015 | SFMTA Garage, Parking for 8/20 sett conf (MNT) | $7.00 |
| 8/31/2015 | August 2015 Telecom Charges | $36.43 |
| 8/31/2015 | August 2015 Postage Charges | $23.71 |
| 8/31/2015 | August 2015 Copy Charges | $29.00 |
| 8/31/2015 | August 2015 Westlaw Charges | $11.04 |
| 8/31/2015 | Q2 2015 Pacer Charges | $12.62 |
| 8/31/2015 | Crivella West, Hain Document Production - Database Management | $1,027.95 |
| 9/18/2015 | Federal Express 8/27/15 - San Francisco, CA | $15.16 |
| 9/23/2015 | Godspeed Delivery (CAND) | $18.50 |
| 9/30/2015 | September 2015 Telecom Charges | $17.69 |
| 9/30/2015 | September 2015 Postage Charges | $13.44 |
| 9/30/2015 | September 2015 Copy Charges | $24.34 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**
**4/30/2011 – 11/30/2015**

| Date | Description | Amount |
|---|---|---|
| 9/30/2015 | September 2015 Westlaw Charges | $85.35 |
| 10/1/2015 | Herbivore, Lunch with Client E. Lohela (HJH) | $49.71 |
| 10/7/2015 | Godspeed Delivery (CAND) | $14.50 |
| 10/7/2015 | SFMTA Garage, Parking (MNT) | $8.00 |
| 10/8/2015 | SFMTA Garage, Parking (MNT) | $10.00 |
| 10/31/2015 | October 2015 Telecom Charges | $16.78 |
| 10/31/2015 | October 2015 Postage Charges | $7.36 |
| 10/31/2015 | October 2015 Copy Charges | $20.39 |
| 10/31/2015 | October 2015 Westlaw Charges | $196.01 |
| 11/30/2015 | November 2015 Telecom Charges | $69.63 |
| 11/30/2015 | November 2015 Copy Charges | $67.42 |
| 11/30/2015 | November 2015 Postage Charges | $37.96 |
| 11/30/2015 | November 2015 Westlaw Charges | $169.26 |
| **Total** | | **$459,425.29** |