LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
Lucas Williams (State Bar No. 264518)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
hhirsch@lexlawgroup.com
lwilliams@lexlawgroup.com

*Attorneys for Plaintiffs ROSMINAH BROWN and ERIC LOHELA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 11-03082 LB<br><br>**DECLARATION OF ROSMINAH BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND SERVICE AWARDS**<br><br>Date:      February 11, 2016<br>Time:     9:30 a.m.<br>Location: Courtroom C – 15th Floor<br>Judge:    Hon. Laurel Beeler |

I, Rosminah Brown, declare as follows:

1. I am one of the Plaintiffs in this action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. As detailed in the operative First Amended Complaint, I purchased a JASON® Ester-C® Super-C Cleanser® Gentle Facial Wash at a Whole Foods Market in Roseville, California. At the time of my purchase, I believed, based on the "Pure, Natural & Organic" statement on the product's front label that the facial wash was either completely or at least mostly comprised of certified organic ingredients. Had I known then that this product was not made mostly of organic ingredients, I would not have paid more for the product than the cost of other non-organic cosmetic products. Because my damages were relatively small, I never could have brought this case as an individual action since the costs of pursuing the case would have dwarfed the size of any potential recovery. Thus, I am very pleased that this lawsuit resulted in a Settlement that provides significant compensation to thousands of class members who were similarly deceived by the organic representations on the products at issue.

3. When I retained my attorneys in 2011 and authorized the filing of the Complaint, I understood that I would be representing not only myself but also a class of consumers like myself. I have taken this responsibility seriously throughout my four year involvement in the litigation, and I have been fully committed to the vigorous prosecution of this action on behalf of consumers like myself.

4. I have performed a number of tasks to oversee the work of my attorneys and to protect the rights of absent class members. Among other things, my participation in this lawsuit has included:

- retaining my attorneys;
- providing my attorneys with the information necessary to draft the Complaint, including the Jason® product I purchased, the location and date of the purchase and

- 1 -
BROWN DECL. ISO MOTION FOR ATTORNEYS' FEES, COSTS, & SERVICE AWARDS
– Case No. C 11-03082 LB

the reasons I selected the product;

- reviewing the draft Complaint and First Amended Complaint before they were filed;
- assisting my attorneys in responding to three rounds of written discovery propounded by The Hain Celestial Group, Inc. ("Hain"), including gathering and producing responsive documents and reviewing and approving responses to interrogatories, requests for admission and document requests;
- making efforts to preserve potentially relevant evidence such as saving cosmetic product containers and receipts for purchases of cosmetic products throughout the course of the litigation;
- participating in two mediations in San Francisco in person (which required me to travel from Santa Barbara where I live to San Francisco and take time away from work), and making myself available by phone for another two mediations;
- communicating with my attorneys about settlement discussions throughout the litigation;
- preparing with my attorneys for being deposed by Hain's counsel and sitting for the deposition, which required me to travel to San Francisco (again taking time away from work);
- monitoring the litigation, which included routine communications with my attorneys, as well as the review of documents and correspondence they sent me;
- providing my attorneys with information necessary to successfully oppose Hain's motion for summary judgment and to file Plaintiffs' motion for class certification, and providing declarations in support thereof;
- understanding and agreeing to each of the responsibilities of a named plaintiff and putative class representative; and
- reviewing, evaluating and communicating with my attorneys regarding the Settlement and supporting papers, as well as this motion for attorneys' fees, litigation expenses and service awards.

5. I have not received any compensation whatsoever for my time and efforts on behalf of absent class members.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding. Executed on December 30, 2015, in Santa Barbara, California.

/s/ *Rosminah Brown*_____
ROSMINAH BROWN