1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   Lucas Williams (State Bar No. 264518)
3  503 Divisadero Street
   San Francisco, CA 94117-2212
4  Telephone: (415) 913-7800
   Facsimile: (415) 759-4112
5  mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
6  lwilliams@lexlawgroup.com

7  Attorneys for Plaintiffs ROSMINAH BROWN
   and ERIC LOHELA
8

9                        **UNITED STATES DISTRICT COURT**

10                       **NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN FRANCISCO DIVISION**

12 | ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated, | Case No. 11-cv-03082 LB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND SERVICE AWARDS** |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, | Date: February 11, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom C – 15th Floor<br>Judge: Hon. Laurel Beeler |
| Defendant. | |

1  Plaintiffs Rosminah Brown and Eric Lohela have filed a Motion for Award of Attorneys'
2  Fees, Reimbursement of Costs and Service Awards.  Having considered the papers filed by the
3  parties in connection with Plaintiffs' Motion, the parties' arguments at the hearing on this matter,
4  and other matters of which the Court may properly take judicial notice, IT IS HEREBY
5  ORDERED that the Motion is GRANTED.  The Court hereby awards Class Counsel attorneys'
6  fees and litigation expenses in the amount of $4 million.  The Court also grants Plaintiffs
7  Rosminah Brown and Eric Lohela service awards in the amounts of $7,500 each.

**IT IS SO ORDERED.**

DATED: _____        _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Laurel Beeler
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge