# Exhibit 1

Steven F. Helfand, SBN 206667
HELFAND LAW OFFICES
1400 SW 137th Avenue, Unit F112
Hollywood, FL 33027

Telephone:  415.596.5611
Email:      sh4078@gmail.com

In Pro per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA; on behalf of themselves and all others similarly situated.<br><br>Plaintiff,<br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 11-CV-03082 LB<br><br>**RESPONSE BY OBJECTOR STEVEN F. HELFAND TO SPECIAL INTERROGATORY NOS. 1-6 [STANDING]** |

**SPECIAL INTERROGATORY NO. 1.**

Identify each cosmetic product sold under the Avalon Organics Ⓡ brand YOU purchased in California from May 11, 2007 to May 11, 2011 by specifying the type (e.g., conditioner, shampoo, body wash), blend (e.g., Tea Tree, Lavender Nourishing) and size (e.g., 13 fl. oz., 1.75 oz.).

**RESPONSE TO SPECIAL INTERROGATORY NO. 1.**

The interrogatory is asking for exceedingly specific information as to personal hygiene products between 2007 to 2011.  This means the interrogatory is asking detailed information going back up to approximately eight or nine years.  Suffice it to say, Objector Helfand has been a repeat user of a variety of Jason and Avalon Products.  Objector Helfand as a matter of course purchased personal hygiene products through a variety of retail vendors, including Walgreens, CVS, Pure Beauty, Rite Aid and Whole Foods.  To attempt to tie a specific Avalon or Jason Product to a specific product on a specific date is patently absurd given the time frame involved.  Objector Helfand will not engage in speculation.  However, Objector Helfand makes plain that he purchased multiple challenged products during the class period and has a specific recollection of doing so.  In light of Objector Helfand's medical condition, Objector Helfand is particularly vulnerable to harsh chemicals and relied upon Avalon and Jason, along with other brands, for personal hygiene.  Objector Helfand was led to believe that the products were healthy, natural and organic and would "do no harm."  Objector Helfand compliments Class counsel for taking Hain Celestial to task for its misrepresentations and unsupported claims.  However, Objector Helfand has grave concerns with the proposed settlement and requested attorneys fees.  Objector Helfand has relied upon the list of challenged products to assist in product identification as Objector Helfand does not recall the exact names for some of the products.  The list of challenged products assisted Objector Helfand in refreshing his recollection.  A list of Avalon and Jason Products Objector Helfand purchased in California during the relevant class period are as follows:

    JASON Ester-C Super-C Cleanser Gentle Facial Wash;

    Ester-C Hydrating Mask;

    Jason Tea Tree Clarifying Body Scrub;

    Ester-C Vita-C Max Instant Facial;

      Avalon Lavender Bath and Shower Gel - large - it likely was the 12 oz size;

      Avalon Daily Moisturizer - large;

      Vitamin C Vitality Facial Serum - 1 oz; and

      Vitamin C Soothing Lip Balm - small - likely .25 oz.

Objector Helfand recalls purchasing myriad other Avalon and Jason products during the class period beyond the aforementioned list. However, Objector Helfand is not sure, for example, whether he purchased Essential Lift Restructuring Night Creme or the CoQ10 Wrinkle Defense Night Creme. However, Objector Helfand recalls purchasing at least one or possibly both during the relevant class period. Other examples exist. The same is true for essential oils and hydrating toner. Objector Helfand was a loyal customer of Avalon and Jason and is disappointed that they did not approach sales in an ethical manner.

**SPECIAL INTERROGATORY NO. 2.**

Identify each cosmetic product sold under the Jason ® brand YOU purchased in California from May 11, 2007 to May 11, 2011 by specifying the type (e.g., conditioner, shampoo, body wash), blend (e.g., Tea Tree, Lavender Nourishing) and size (e.g., 13 fl. oz., 1.75 oz.).

**RESPONSE TO SPECIAL INTERROGATORY NO. 1.**

The interrogatory is asking for exceedingly specific information as to personal hygiene products between 2007 to 2011. This means the interrogatory is asking detailed information going back up to approximately eight or nine years. Suffice it to say, Objector Helfand has been a repeat user of a variety of Jason and Avalon Products. Objector Helfand as a matter of course purchased personal hygiene products through a variety of retail vendors, including Walgreens, CVS, Pure Beauty, Rite Aid and Whole Foods. To attempt to tie a specific Avalon or Jason Product to a specific product on a specific date or retailer is patently absurd given the time frame. Objector Helfand will not engage in speculation. However, Objector Helfand makes plain that

he purchased multiple challenged products during the class period and has a specific recollection of doing so. In light of Objector Helfand's medical condition, Objector Helfand is particularly vulnerable to harsh chemicals and relied upon Avalon and Jason, along with other brands, for personal hygiene. Objector Helfand was led to believe that the products were healthy, natural and organic and would "do no harm." Objector Helfand compliments Class counsel for taking Hain Celestial to task for its misrepresentations and unsupported claims. However, Objector Helfand has grave concerns with the proposed settlement and requested attorneys fees. Objector Helfand has relied upon the list of challenged products to assist in product identification as Objector Helfand does not recall the exact names for some of the products. The list of challenged products assisted Objector Helfand in refreshing his recollection. A list of Avalon and Jason Products Objector Helfand purchased in California during the relevant class period are as follows:

    JASON Ester-C Super-C Cleanser Gentle Facial Wash;

    Ester-C Hydrating Mask;

    Jason Tea Tree Clarifying Body Scrub

    Ester-C Vita-C Max Instant Facial

    Avalon Lavender Bath and Shower Gel - large - it likely was the 12 oz size.

    Avalon Daily Moisturizer - large

    Vitamin C Vitality Facial Serum - 1 oz

    Vitamin C Soothing Lip Balm - small - likely .25 oz.

Objector Helfand recalls purchasing myriad other Avalon and Jason products during the class period beyond the aforementioned list. However, Objector Helfand is not sure, for example, whether he purchased Essential Lift Restructuring Night Creme or the CoQ10 Wrinkle Defense Night Creme. However, Objector Helfand recalls purchasing at least one or possibly both during

the relevant class period.  Other examples exist.  The same is true for essential oils and hydrating toner.  Objector Helfand was a loyal customer of Avalon and Jason and is disappointed that they did not approach sales in an ethical manner.

**SPECIAL INTERROGATORY NO. 3.**

Describe in detail the circumstances under which YOU purchased any Avalon Organics ® brand YOU purchased in California from May 11, 2007 to May 11, 2011, including the date and place of purchase, price paid and the motivation for the purchase.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3.**

The interrogatory is asking for exceedingly specific information as to personal hygiene products between 2007 to 2011.  This means the interrogatory is asking detailed information going back up to approximately eight or nine years.  Suffice it to say, Objector Helfand has been a repeat user of a variety of Jason and Avalon Products.  Objector Helfand as a matter of course purchased personal hygiene products through a variety of retail vendors, including Walgreens, CVS, Pure Beauty, Rite Aid and Whole Foods.  To attempt to tie a specific Avalon or Jason Product to a specific product on a specific date is patently absurd given the time frame.  Objector Helfand will not engage in speculation.  However, Objector Helfand makes plain that he purchased multiple challenged products during the class period and has a specific recollection of doing so.  In light of Objector Helfand's medical condition, Objector Helfand is particularly vulnerable to harsh chemicals and relied upon Avalon and Jason, along with other brands, for personal hygiene.  Objector Helfand was led to believe that the products were healthy, natural and organic and would "do no harm."  Objector Helfand compliments Class counsel for taking Hain Celestial to task for its misrepresentations and unsupported claims.  However, Objector Helfand has grave concerns with the proposed settlement and requested attorneys fees.  Objector Helfand has relied upon the list of challenged products to assist in product identification as

Objector Helfand does not recall the exact names for some of the products. The list of challenged products assisted Objector Helfand in refreshing his recollection. A list of Avalon and Jason Products Objector Helfand purchased in California during the relevant class period are as follows:

> JASON Ester-C Super-C Cleanser Gentle Facial Wash;
>
> Ester-C Hydrating Mask;
>
> Jason Tea Tree Clarifying Body Scrub
>
> Ester-C Vita-C Max Instant Facial
>
> Avalon Lavender Bath and Shower Gel - large - it likely was the 12 oz size.
>
> Avalon Daily Moisturizer - large
>
> Vitamin C Vitality Facial Serum - 1 oz
>
> Vitamin C Soothing Lip Balm - small - likely .25 oz.

Objector Helfand recalls purchasing myriad other Avalon and Jason products during the class period beyond the aforementioned list. However, Objector Helfand is not sure, for example, whether he purchased Essential Lift Restructuring Night Creme or the CoQ10 Wrinkle Defense Night Creme. However, Objector Helfand recalls purchasing at least one or possibly both during the relevant class period. Other examples exist. The same is true for essential oils and hydrating toner. Objector Helfand does not recall exact purchase price information but based on his review of the list of challenged products, the prices contained therein appear to be accurate and inline with what Objector Helfand paid for such products. The notion that Objector Helfand would have a specific recollection of the exact price he paid, for example, for Ester C is silly. Objector Helfand was a loyal customer of Avalon and Jason and is disappointed that they did not approach sales in an ethical manner.

**SPECIAL INTERROGATORY NO. 4.**

Describe in detail the circumstances under which YOU purchased any Avalon Organics ® brand YOU purchased in California from May 11, 2007 to May 11, 2011, including the date and place of purchase, price paid and the motivation for the purchase.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4.**

The interrogatory is asking for exceedingly specific information as to personal hygiene products between 2007 to 2011.  This means the interrogatory is asking detailed information going back up to approximately eight or nine years.  Suffice it to say, Objector Helfand has been a repeat user of a variety of Jason and Avalon Products.  Objector Helfand as a matter of course purchased personal hygiene products through a variety of retail vendors, including Walgreens, CVS, Pure Beauty, Rite Aid and Whole Foods.  To attempt to tie a specific Avalon or Jason Product to a specific product on a specific date is patently absurd.  Objector Helfand will not engage in speculation.  However, Objector Helfand makes plain that he purchased multiple challenged products during the class period and has a specific recollection of doing so.  In light of Objector Helfand's medical condition, Objector Helfand is particularly vulnerable to harsh chemicals and relied upon Avalon and Jason, along with other brands, for personal hygiene. Objector Helfand was led to believe that the products were healthy, natural and organic and would "do no harm."  Objector Helfand compliments Class counsel for taking Hain Celestial to task for its misrepresentations and unsupported claims.  However, Objector Helfand has grave concerns with the proposed settlement and requested attorneys fees.  Objector Helfand has relied upon the list of challenged products to assist in product identification as Objector Helfand does not recall the exact names for some of the products.  The list of challenged products assisted Objector Helfand in refreshing his recollection.  A list of Avalon and Jason Products Objector Helfand purchased in California during the relevant class period are as follows:

    JASON Ester-C Super-C Cleanser Gentle Facial Wash;

Ester-C Hydrating Mask;

Jason Tea Tree Clarifying Body Scrub

Ester-C Vita-C Max Instant Facial

Avalon Lavender Bath and Shower Gel - large - it likely was the 12 oz size.

Avalon Daily Moisturizer - large

Vitamin C Vitality Facial Serum - 1 oz

Vitamin C Soothing Lip Balm - small - likely .25 oz.

Objector Helfand recalls purchasing myriad other Avalon and Jason products during the class period beyond the aforementioned list.  However, Objector Helfand is not sure, for example, whether he purchased Essential Lift Restructuring Night Creme or the CoQ10 Wrinkle Defense Night Creme.  However, Objector Helfand recalls purchasing at least one or possibly both during the relevant class period.  Other examples exist.  The same is true for essential oils and hydrating toner.  Objector Helfand does not recall exact purchase price information but based on his review of the list of challenged products, the prices contained therein appear to be accurate and inline with what Objector Helfand paid for such products.  The notion that Objector Helfand would have a specific recollection of the exact price he paid, for example, for Ester C is silly.   Objector Helfand was a loyal customer of Avalon and Jason and is disappointed that they did not approach sales in an ethical manner.

**SPECIAL INTERROGATORY NO. 5:**

Describe in detail when and how YOU first learned about the SETTLEMENT.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5**

Objector Helfand was looking to purchase additional Avalon and Jason products on Google Chrome or Firefox and the search returned information about a settlement and claims of misrepresentation.  Objector Helfand did not know anything about the case or settlement or even

that litigation was pending.  Objector Helfand came across the settlement website.  This occurred about one to two weeks prior to Objector Helfand's filing of his objection.

**SPECIAL INTERROGATORY NO. 6:**

Describe in detail when and how YOU first learned about the ACTION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 6**

Objector Helfand was looking to purchase additional Avalon and Jason products on Google Chrome or Firefox and the search returned information about a settlement.  Objector Helfand did not know anything about the case or even that litigation was pending.  Objector Helfand came across the settlement website.  This occurred about one to two weeks prior to Objector Helfand's filing of his objection.

Dated: January 11, 2016          _____/s/_____

Steven Franklyn Helfand

1400 SW 137th Avenue, Apt. F112
Hollywood, FL 33027
Telephone:  415.397.0007
Email:       sh4078@gmail.com

## VERIFICATION BY STEVEN F. HELFAND

The information contained herein is true and correct.  This verification is executed under penalty of perjury under the laws of the United States of America.  This verification is executed in Hollywood, Florida on January 11, 2016.

_____/s/_____

Steven Franklyn Helfand

1400 SW 137th Avenue, Apt. F112
Hollywood, FL 33027
Telephone:  415.397.0007
Email:      sh4078@gmail.com