# Exhibit 4

# Lucas Williams

| | |
|---|---|
| **From:** | Mark Todzo |
| **Sent:** | Wednesday, January 20, 2016 3:07 PM |
| **To:** | Darrell Palmer |
| **Cc:** | Lucas Williams |
| **Subject:** | Hain - Weaver objection |
| **Importance:** | High |

Darrell –

It's been a while.  We just received your client's objection and would like to set up a time to depose her.  Please let us know some dates within the next week that will work.  By mailing the objection from Texas, you successfully delayed our receipt of the objection so the time is now very limited.

-Mark

1

# Lucas Williams

| | |
|---|---|
| **From:** | Darrell Palmer <darrell.palmer@palmerlegalteam.com> |
| **Sent:** | Thursday, January 21, 2016 11:23 AM |
| **To:** | Mark Todzo |
| **Cc:** | Lucas Williams |
| **Subject:** | Re: Hain - Weaver objection |

That will never happen!

Darrell Palmer's iPhone

On Jan 20, 2016, at 5:06 PM, Mark Todzo <mtodzo@lexlawgroup.com> wrote:

> Darrell –
>
> It's been a while.  We just received your client's objection and would like to set up a time to depose her.  Please let us know some dates within the next week that will work.  By mailing the objection from Texas, you successfully delayed our receipt of the objection so the time is now very limited.
>
> -Mark