LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (CA State Bar No. 213209)
503 Divisadero Street
San Francisco, CA 94117-2212
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
vhartanto@lexlawgroup.com

Attorneys for Plaintiffs
Roshminah Brown and Eric Lohela

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation<br><br>Defendant. | Case No. C 11-03082 LB<br><br>**DECLARATION OF MARK RAPAZZINI IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date: February 11, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom C – 15th Floor<br>Judge: Hon. Laurel Beeler<br><br>[Filed concurrently with Motion for Final Approval and Declarations of Cassandra Malry, Mildred Buchanan and Mark Todzo] |

**DECLARATION OF MARK RAPAZZINI**
**Case No. C 11-03082 LB**

I, Mark Rapazzini, declare as follows:

1. I am an attorney, licensed to practice since 1983 in California, and a partner at Heffler Claims Group LLC ("Heffler")[1]. The following statements are based on my personal knowledge and information provided by other Heffler employees working under my supervision, and if called upon to do so, I could and would testify competently about these issues.

2. I have worked in claims administration business for approximately 16 years, and was a practicing attorney in the class action and products liability arena from 1983-2008. Moreover, information about Heffler and the services we provide can be found at the firm's website: *www.hefflerclaims.com*. Heffler has provided class action settlement services in over 1,000 cases of varying sizes and complexity over the past 45 years. For example, Heffler administered a settlement with over $3 billion in funds, while processing over 10 million claim forms with mailings to almost 40 million potential claimants. Heffler was appointed the claims administrator pursuant to the Court's Order (1) Conditionally Certifying Settlement Class; (2) Preliminarily Approving Settlement; (3) Approving Notice to Class; and (4) Setting Hearing for Final Approval and the Plaintiffs' Motion for Fees, Costs, and Service Award ("Court's Order") dated October 8, 2015 (Document 360) and in accordance with the Stipulation of Settlement.

3. I provide this Declaration in order to advise the Parties and the Court as to the status of dissemination of the Class Notice pursuant to the Notice Program, Settlement Class Member communications, and claims administration, in accordance with the Court's Order.

## CAFA NOTICE

4. On behalf of the Defendant, Heffler provided notice of the proposed settlement reflected in the Agreement pursuant to the Class Action Fairness Act 28 U.S.C. §1715(b) ("CAFA Notice"). At Defense Counsel's direction, on October 2, 2015, Heffler sent the CAFA Notice, attached hereto as **Exhibit A,** and an accompanying CD containing the documents

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation of Settlement ("Stipulation").

DECLARATION OF MARK RAPAZZINI
No.: C 11-03083 LB
- 1 -

required under 28 U.S.C. §1715(b)(1)-(8) to the Attorney General of the United States and to the 56 state or territory Attorneys General identified in the Manifest for the CAFA Notice, attached hereto as **Exhibit B**, via First Class Certified Mail.

## PUBLICATION OF THE NOTICE

5. In compliance with the Court's Order, the Summary Notice was published once in the print versions of *People Magazine* on November 16, 2015. Proof of this publication is attached as **Exhibit C**.

6. In compliance with the Court's Order, the Summary Notice was published on four consecutive weeks in the *San Francisco Chronicle*. These were published on November 6, 2015, November 13, 2015, November 20, 2015, and November 23, 2015. Proof of these publications are attached as **Exhibit D**.

## BANNER ADVERTISEMENTS

7. In compliance with the Court's Order, from November 6, 2015 until December 7, 2015, Heffler caused banner advertisements to be published on the Pulpo, Xaxis, and Sharethrough internet networks, as well as on the websites *People.com* and *USWeekly.com*. Ads were also placed on the social networking sites Facebook and Twitter. Mobile ads were served on the Millennial mobile network. The banner advertisements allowed website visitors to self-identify themselves as potential Settlement Class Members and then click on a link that would take them directly to the Settlement Website. Through the banner advertisement campaign, there were over 20,545,000 delivered banner ad impressions or opportunities for potential Settlement Class Members to click on the banner advertisement and view the Settlement Website. Additionally, at the direction of Class Counsel, Heffler ran a supplemental campaign to boost audience awareness and claims from December 21, 2015 until January 11, 2016, serving an additional 5,365,000 banner ad impressions. Screenshots of the banner ads as they appeared on various sites are attached as **Exhibit E**.

**PRESS RELEASE**

8.  In compliance with the Court's Order, on November 6, 2015, Heffler caused a Press Release to be distributed over PR Newswire's *US1 Newsline* and *National Hispanic Newsline* announcing the Settlement in English and Spanish to media outlets across the country. *US1 Newsline* and *National Hispanic Newsline* are accessible to thousands of newspapers, magazines, national wire services and networks, online services, databases and websites. The Press Release was picked up by 190 English and 120 Spanish news outlets nationwide. Additionally. As part of the Class Counsel-directed supplemental notice, the Press Releases were re-issued on December 21, 2015. Proof of the Press Releases in English and Spanish are attached as **Exhibit F**.

**SETTLEMENT WEBSITE**

9.  Pursuant to the Court's Order, the Stipulation, and the Notice Plan, on or about November 5, 2015, Heffler established *www.HainOrganicsCosmeticsSettlement.com* as the website dedicated to the Settlement ("Settlement Website"), which contains various materials relating to the Settlement, including the Stipulation, the Court's Order, the Full Notice and the Claim Form. The Settlement Website also provides additional information about the Settlement including an overview of the Settlement, important dates and deadlines, and a list of answers to frequently asked questions. Settlement Class Members can also download a paper copy of the Claim Form or submit a claim online. True and correct copies of the Full Notice and Claim Form, which are available on the Settlement Website and to potential Settlement Class Members upon request, are attached hereto as **Exhibit G.** From its inception through January 18, 2016, the website has received a total of 80,961 visits. Heffler has and will continue to maintain and update the website throughout the administration of the Settlement. At the close of the Claim Submission Period, on January 13, 2016, the Settlement Website was modified as specified in the Court's Order, the Stipulation, and the Notice Plan.

**TOLL-FREE TELEPHONE NUMBER**

10. On or about November 5 2015, in order to accommodate inquiries regarding the Settlement, Heffler made operational a telephone number, 1-844-271-4788, with an Interactive Voice Response ("IVR") system. Callers have the ability to listen to important information about the Settlement and to request a copy of the Claim Form and Full Notice 24 hours a day, 7 days a week. The IVR system also provides callers with the ability to speak to a Representative, or to leave a message during non-business hours. Spanish-speaking callers have the ability to speak to, or to leave a message requesting a callback from, a Spanish-speaking Representative. Through January 18, 2016, Heffler has received 265 calls to the IVR, and 38 of those have spoken with a Representative. Heffler has and will continue to maintain and update the IVR throughout the administration of the Settlement.

**EXCLUSIONS**

11. Settlement Class Members wishing to be excluded from the Settlement were required to do so by sending a written request for exclusion to the Claim Administrator. Requests must have been signed by the potential Settlement Class Member, and must have been postmarked or delivered no later than January 12, 2016. To date, Heffler had not received any Requests for Exclusion.

**OBJECTIONS**

12. Settlement Class Members wishing to object to the Settlement were directed to provide their written objections to the Court and the Parties, such that they were mailed and actually received by no later than January 12, 2016. To date, Heffler had not received or been provided with any objections.

13. On various dates, Class Counsel has requested that we search our claims database to confirm receipt of the following persons' claims, with the following results:

| Name | Claim Number |
| --- | --- |
| Patrick Sweeney | 3085118721353 |
| Dawn Weaver | 3085118720292 |

Sheri Lee Williams            3085100000331

Steven F. Helfand             No claim received.

## CLAIMS ADMINISTRATION

14. Settlement Class Members are required to submit their Claim Forms online or postmarked by January 12, 2016. Through January 26, 2016, Heffler has received 22,177 timely-filed electronic Claim Forms and 358 timely-filed paper Claim Forms. Heffler is currently processing the Claims. To date, it has processed the electronic Claims, but not the paper Claims. The following chart presents the value of the Claims processed to date. I anticipate that Heffler will be able to complete the Claims processing prior to the date of the Final Approval Hearing on February 11, 2016. Subsequent to that date, we will be auditing the Claims for any duplicative or suspicious Claims.

|  | Count | Cash | Coupons | Total Value |
|---|---|---|---|---|
| Cash & Coupon Payment - No Receipts | 3,441 | $110,281.98 | $112,108.00 | $222,389.98 |
| Cash & Coupon Payment - With Receipts | 6 | $135.59 | $366.00 | $501.59 |
| Cash Payment Only - No Receipts | 18,655 | $729,501.43 | $0.00 | $729,501.43 |
| Cash Payment Only - With Receipts | 15 | $620.53 | $0.00 | $620.53 |
| Total Claim Forms Processed | 22,117 | $840,539.52 | $112,474.00 | $953,013.52 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of January 2016 in Philadelphia, Pennsylvania.

Mark Rapazzini

DECLARATION OF MARK RAPAZZINI
No.: C 11-03083 LB                                           - 5 -