1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   Lucas Williams (State Bar No. 264518)
3  503 Divisadero Street
   San Francisco, CA 94117
4  Telephone: (415) 913-7800
   Facsimile: (415) 759-4112
5  mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
6  lwilliams@lexlawgroup.com

7  *Attorneys for Plaintiffs ROSMINAH BROWN
   and ERIC LOHELA*
8

9

10
                      **UNITED STATES DISTRICT COURT**
11
                      **NORTHERN DISTRICT OF CALIFORNIA**
12
                            **SAN FRANCISCO DIVISION**
13

14
| ROSMINAH BROWN and ERIC LOHELA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 11-03082 LB<br><br>**DECLARATION OF MILDRED BUCHANAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND TO STRIKE OBJECTIONS THERETO**<br><br>Date: February 11, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom C – 15th Floor<br>Judge: Hon. Laurel Beeler<br><br>[Filed concurrently with Motion for Final Approval and Declarations of Mark Rapazzini, Cassandra Malry and Mark Todzo] |

BUCHANAN DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

I, Mildred Buchanan, hereby state and declare:

1. I am Acting President and Program Director for Environmental Justice at the Jessie Smith Noyes Foundation. I have held the position of Program Director for Environmental Justice since August 1994. I am serving as Acting President from December 1, 2015 through January 31, 2016. My biographical statement is attached as Exhibit 1. I make this Declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement.

2. The Jessie Smith Noyes Foundation (Noyes Foundation) is an exempt private foundation organized under IRS chapter 501(c)(3). It was incorporated in the State of New York in 1947. The Noyes Foundation employer identification number is 13-5600408.

3. Charles F. Noyes, who was known as New York City's "dean of real estate," initially established the Jessie Smith Noyes Foundation, named after his wife, to promote equal access to quality education for all.

4. The Noyes Foundation's purposes evolved over the years. In the mid-1980s, the Noyes Foundation's Board of Directors decided to no longer provide scholarships and instead make program grants to nonprofit organizations working in the fields of the environment, agriculture and population/reproductive health.

5. The Noyes Foundation's current mission is to support non-profit organizations throughout the United States working on environmental, social and economic issues to bring about a more just, equitable and sustainable world.

6. The Noyes Foundation's current programs are: Environmental Justice, Sustainable Agriculture and Food Systems, Reproductive Rights and a Sustainable New York City.

7. The Noyes Foundation's primary revenue source is from its investments in stocks, bonds, private equity, and community development financial institutions. On December 31, 2015, the value of the Noyes Foundation's investment portfolio was $50.7 million.

8. In addition to revenue from its investments, the Noyes Foundation has received grants from other private foundations for collaborative funding programs designed and

- 1 -
BUCHANAN DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

administered by the Noyes Foundation. The majority of funds received from other foundations were for re-granting to nonprofit organizations.

9. For example, from 2006 through 2009, the Noyes Foundation received $1.2 million from the W.K.Kellogg Foundation for the Diversifying Leadership in Sustainable Food Policy Initiative. Grants were made, through a request-for-proposal process, to ten U.S. nonprofit organizations working to ensure that policymakers are informed by and accountable to a more diverse constituency base by broadening the leadership of the sustainable agriculture and community food systems movement so that it better reflects the racial and ethnic diversity of the nation's population.

10. From 2011 through 2015, the Noyes Foundation received $1.2 million from five funding sources (Kresge, Compton, 11th Hour and Lawson-Valentine foundations, and the New York Community Trust) for the Everybody at the Table for Health (EAT4Health) Initiative. Grants were made, through a request-for-proposal process, to four U.S. nonprofit organizations working to build and leverage the strengths of grassroots organizations along-side the expertise of DC-based National Advocacy organizations. This initiative's aim was to foster a more informed, equitable and powerful policy advocacy process resulting in federal food policy that promotes well-being for vulnerable children, their families and communities.

11. The Noyes Foundation made grants totaling $1,977,792 in 2013; $1,777,672 in 2014; and $1,645,580 in 2015. Over the years, the Noyes Foundation has made grants to nonprofit organizations in the U.S. involved in advocating and educating individuals about non-toxic and organic food and products.

12. The Noyes Foundation is located at 122 East 42nd Street, New York, N.Y.10168. As of February 2, 2016, the Noyes Foundation will have five employees, representing a full time equivalency of 3.9 employees. The Noyes Foundation's staffing includes a President, three Program Directors and an Administrative Assistant.

13. The Noyes Foundation's Board of Directors consists of 16 members, of whom six are members of the Noyes family and ten are non-family members. The term for Board members is six years. Officers of the Noyes Foundation include Wendy Holding, Chairperson; Keecha

Harris, Vice-Chairperson; Nick Jacangelo, Treasurer; and Gregg Houston, Secretary. African-Americans make up 31 percent of the Board and Native Americans and Latinas are each six percent.  Board members live in ten states, including two who live in California (Oakland and Los Angeles). The Board of Directors meets three times each year.

14. On a monthly basis internal expenditure statements are reviewed by the Noyes President. At each Board meeting, the Treasurer presents financial data, including assets, liabilities, income, expenses and changes in net assets. On an annual basis, the Noyes Foundation is audited by Owen J. Flanagan & Co. CPAs. Financial information is posted on the Noyes Foundation's website (www.noyes.org) and its annual tax return (990PF) is posted on Guidestar at www.guidestar.org.

15. If approved by the Court as a *cy pres* recipient, the Noyes Foundation will initiate a grantmaking program within 90 days of receipt of funds. Funds received from the *cy pres* will be deposited in a separate, internal fund within the Noyes Foundation's bookkeeping system.  The Noyes Foundation's internal accounting will track income and disbursements from the grantmaking program and financial reports will be presented to the Noyes Foundation's Board of Directors at each of its meetings.

16. <u>Broad Reach of *Cy Pres* Benefits</u>—In order to choose the organizations best suited to receive grants, the Noyes Foundation will utilize its 30 years of grantmaking experience to conduct a public, competitive and transparent grants process. The Noyes Foundation grantmaking experience includes funding organizations that submitted unsolicited letters of inquiry and those that responded to requests-for-proposals.   This grant process used for the *cy pres* funds will result in grants awarded to nonprofit organizations that best serve the needs of the Class.  Only nonprofit groups are eligible to receive grant funds.

17. <u>Accountability</u>—The Noyes Foundation will scrutinize funding applications at a level consistent with its standard grantmaking process.  The Noyes Foundation and grantees will sign agreements which provide for the Noyes Foundation's oversight over their progress. All grantees will be required to submit detailed reports documenting activities, accomplishments, and expenses.

18. All Hain Celestial *cy pres* funds entrusted to the Noyes Foundation will be held in a restricted internal account dedicated solely to supporting charitable organizations that best serve the needs of the Class. None of the funds will be used for any other purpose, and the Noyes Foundation assumes full responsibility for meeting the requirements of the *cy pres* award.

19. <u>Tentative Work Plan for the Hain Celestial *Cy Pres* Grant Cycle</u>

    a. Identify consumer education, environmental health and other organizations that are located in California or have a significant impact in California and are able to initiate projects and activities that further the interests and serve the needs of the Class.

    b. Develop and broadly circulate a Request for Proposals (RFP) containing detailed application instructions and/or other processes for informing potential applicants of the initiative. The Noyes Foundation will publicize the availability of the funds through social media and by networking with funder affinity groups such as the Sustainable Agriculture and Food Systems Funders, Environmental Grantmakers Association and Health and Environmental Funders Network.

    c. Sponsor a conference call for prospective applicants during which the Noyes Foundation will describe the initiative and answer questions.

    d. Respond to inquiries and advise prospective applicants on the Noyes Foundation's Internet Letter of Inquiry (LOI) application, which includes an overview of the applicant and an outline of the funding request.

    e. Review and respond to all LOIs. Request full proposals from well-qualified applicants. Engage with applicants with LOIs that show potential but may need guidance in designing a competitive proposal. Turn down applicants that do not meet program standards.

    f. Review full proposals. In addition to a detailed narrative description of proposed activities, full proposals will include organization and project budgets; financial statement (audit preferred); timeline of activities;

|   |   | identification of specific deliverables; metrics for measuring impact; qualifications and demographics of key staff; identification and demographics of board members and their affiliations; copies of media coverage; referrals or letters of support, and other materials to help evaluate the organization and rank the proposal. |
|---|---|---|
|   | g. | Conduct site visits and/or interview applicants to discuss their proposals in more detail. |
|   | h. | Select the most qualified and strategic proposals to recommend to the Noyes Foundation Board of Directors for funding. The Noyes Foundation Board will make the final decision on grants of $10,000 and above. The Noyes Foundation's Program Directors and President are authorized to make grants up to $7,500 without prior Board approval. |
|   | i. | Negotiate grant terms with each grantee. |
|   | j. | Secure a grant agreement with each grantee that details programmatic and financial reporting requirements to ensure that promises made in the grant application are fulfilled to the best ability of each grantee. |
|   | k. | Track grantee achievements to ensure they benefit the interest of the Class and that funds are well spent. |

20. <u>Timeline</u> —The entire grant cycle, from time of receipt of the *cy pres* award through grantee selection and the award of grant contracts, will take up to nine (9) months to complete. Depending on the grant periods – typically one year although sometimes longer – the Noyes Foundation's oversight function could extend for at least two years after receipt of the *cy pres* funds.

21. <u>Costs</u> —The Noyes Foundation will retain a portion of the Hain Celestial *cy pres* funds to defray our cost of administering the grants program. This fee will cover all of services described in the Tentative Work Plan in number 19 above. In addition, the fee helps defray the Noyes Foundation's indirect costs including occupancy, communications and financial

1  management, including the annual audit.  The Noyes Foundation's costs for administering the
2  Hain Celestial *cy pres* would be in accordance with the following schedule:

| Size of Award | Fee |
|---|---|
| $500,000 or less: | 10% |
| $500,001 - $1.5 Million | 8% |
| $1.5 million - $3 million | 7% |

6      22.    <u>Benefits to the Class</u> —The primary benefits to the Class are ensuring wide breadth
7  and deep penetration of the Hain Celestial *cy pres* funds, and full accountability for a targeted
8  grants program to fund projects related to consumer education about organic product ingredients.
9  The Noyes Foundation will track its grantees while they carry out their projects, ensuring a robust
10  accountability mechanism is in place to benefit the members of the Class.  This benefits the class
11  because it ensures that the money is spent to the best effect.

12      23.    It is my understanding that the Hain Celestial matter relates to claims about organic
13  product and ingredient labeling.  The Noyes Foundation has a longstanding interest and expertise
14  in funding projects related to organic products. If the Noyes Foundation were to receive this *cy*
15  *pres* award, it would responsibly allocate the *cy pres* funds to nonprofit organizations that will best
16  serve the needs and interests of the Class.

17      24.    A current list of the members of the Noyes Foundation's Board of Directors is
18  attached as Exhibit 2.

19      I declare under the penalty of perjury that the foregoing is true and correct, and that if
20  called upon to testify, I could verify the accuracy of the same. This document was executed on
21  January 26, 2016, in Asheville, North Carolina.

_____
MILDRED BUCHANAN

# EXHIBIT 1

**Millie Buchanan**

- **Acting President**
- **Program Director for Environmental Justice**

Ms. Buchanan came to the Noyes Foundation in August 1994 after directing a statewide non-profit environmental organization, the Clean Water Fund of North Carolina, a former Noyes grantee. She was a member of the Management Board of the Environmental Grantmakers Association for three years, serving as chair in 1998. Before entering the non-profit world, Ms. Buchanan was city editor for an eastern North Carolina daily newspaper.

## **EXHIBIT 2**

1. Wendy Holding, Chairperson
2. Keecha Harris, Vice-Chairperson
3. Nick Jacangelo, Treasurer
4. Gregg Houston, Secretary
5. Dorothy Anderson
6. Rachel Anderson
7. Brook Beardsley
8. Jenifer Getz
9. Steve Godeke
10. Judy Hatcher
11. Jaribu Hill
12. Haile Johnston
13. Joan Lisi
14. Olivia Roanhorse
15. Arlene Rodriquez
16. Lenora Suki