1  LEXINGTON LAW GROUP
   Mark N. Todzo (State Bar No. 168389)
2  Howard Hirsch (State Bar No. 213209)
   Lucas Williams (State Bar No. 264518)
3  503 Divisadero Street
   San Francisco, CA  94117
4  Telephone:  (415) 913-7800
   Facsimile:  (415) 759-4112
5  mtodzo@lexlawgroup.com
   hhirsch@lexlawgroup.com
6  lwilliams@lexlawgroup.com

7  *Attorneys for Plaintiffs ROSMINAH BROWN
   and ERIC LOHELA*

8

9

10

11                 **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

                   **SAN FRANCISCO DIVISION**
13

14
   ROSMINAH BROWN and ERIC LOHELA, on        Case No. C 11-03082 LB
15 behalf of themselves and all others similarly
   situated,                                  **DECLARATION OF CASSANDRA
16                                             MALRY IN SUPPORT OF PLAINTIFFS'
                                               MOTION FOR FINAL APPROVAL OF
17                        Plaintiffs,          CLASS ACTION SETTLEMENT
                                               AGREEMENT AND TO STRIKE
18      v.                                     OBJECTIONS THERETO**

19 THE HAIN CELESTIAL GROUP, INC., a          Date:      February 11, 2016
   Delaware Corporation,                      Time:      9:30 a.m.
20                                             Location:  Courtroom C – 15th Floor
                         Defendant.           Judge:     Hon. Laurel Beeler
21

22                                            [Filed concurrently with Motion for Final
                                              Approval and Declarations of Mark Rapazzini,
23                                            Mildred Buchanan and Mark Todzo]

24

25

26

27

28

_____
              MALRY DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

1    I, Cassandra Malry, hereby state and declare:

2    **HISTORY OF CALIFORNIA CONSUMER PROTECTION FOUNDATION**

3    1.    The California Consumer Protection Foundation ("CCPF") is an independent

4    501(c)(4) organization established in 1991 by the Superior Court of the State of California to

5    administer and distribute approximately $4 million remaining from the settlement of a consumer

6    class action lawsuit, State of California v. Levi Strauss & Co.

7    2.    Since its inception, CCPF has distributed approximately $48 million dollars to

8    support a wide range of activities affecting consumers in many diverse fields such as healthcare,

9    auto sales, consumer fraud, privacy, banking, finance, insurance, energy, telecommunications and

10    technology.

11    3.    We manage trust funds in a flexible, cost-effective, professional and ethical

12    manner.  The primary purpose of CCPF is to further the interests of consumer protection in

13    California and to protect the *cy pres* remedy.

14    4.    CCPF has been granted *cy pres* funds from a number of consumer protection and

15    class action cases including the following examples: *Hamilton v. Suburban Propane Gas Corp*,

16    Los Angeles Superior Court 2013; *Chavez v. Wells Fargo*, Orange County Superior Court 2012;

17    and *UCAN v. Capitol One*, San Francisco Superior Court 2007.

18    **LEADERSHIP OF CALIFORNIA CONSUMER PROTECTION FOUNDATION**

19    5.    The CCPF board of directors and staff are composed of highly experienced

20    attorneys, administrators and grant makers.

21    6.    As the executive director, I have worked with both corporate and private

22    foundations in the philanthropy field for more about 35 years.  During this time, I have developed

23    a broad range of skills that range from the start-up and development of grant making programs for

24    a nationally recognized foundation, to overseeing program staff and managing and monitoring

25    grant portfolios.

26

27

28

- 1 -

MALRY DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

7.      This experience combined with my finance background, have provided me with the skills needed to efficiently and effectively manage all aspects of the CCPF's operations. For your information, my resume is attached as **Exhibit 1**.

## **GRANT MAKING**

8.      Since 1991, CCPF has made over 1,800 grants through a combination of very localized, regional and statewide investments.

9.      Our organization has the capacity and depth of knowledge to create grant making programs that support a broad range of organizations and networks with demonstrated success in working with and effectively on consumer issues.  These organizations have also been successful in advancing policies that benefit consumers.  For example, CCPF grantees involved in our Communities for Telecom Rights project fought for and won mandatory requirements for in-language contracts and support.

10.     Our grant-making has resulted in over 9,000 individuals and families having better skills to understand their bills and their rights in the telecommunications marketplace.

11.     Our reach is extensive, having made grants in highly diverse communities and geographies.

12.     CCPF works with large non-profits, universities, legal advocates and consumer advocacy groups to advance public policy, provide specialty services and conduct research.  The focus area depends on the trust fund and guidelines, but work has been advanced in consumer education, microenterprise, youth academic performance, technical capacity building, privacy protection, and financial education.

13.     CCPF has a long track record of creating a competitive grant making process that is fair, transparent and strategic.  Our programs are designed to ensure that nonprofit organizations receiving grants have demonstrated the skill and expertise necessary to achieve the goals set forth under each trust fund.  While the guidelines of each trust may differ, they share in common the goal that consumers are better informed.

14.     It is these factors that have helped CCPF to attract major consumer trust funds.  For example, we administered the $25 million Community Collaborative Fund and oversaw the $6

1   million Telecommunications Consumer Protection Fund, both subject to California Public Utilities

2   Commission Oversight.  We have also administered the $13 million Electric Education Trust on

3   behalf of Pacific Gas & Electric, Southern California Edison, and San Diego Gas & Electric as

4   authorized and approved by the California Public Utilities Commission.  We have also received

5   funds from the State Department of Consumer Affairs, the Attorney General's Office, and private

6   law firms.  More information on other trusts we have administered is included on our website.

7          15.     As an independent administrator, CCPF has succeeded in meeting the needs of

8   complex litigation attorneys, judges and consumers with grant-making that is closely aligned with

9   the underlying cause of the case.

10  **ADMINISTRATION**

11         16.     The administrative budget of the CCPF has never exceeded 10% of our total

12  budget, which means that at least 90% is reinvested into the community for every dollar entrusted.

13  CCPF has been able to maintain this level of economy through an innovative structure that

14  includes virtual field placement of program staff, contracting for specialized services and

15  leveraging meeting travel with site visits.  The executive director is supported by a part-time

16  program person and accountant.

17  **CREATING A TRUST**

18         17.      The CCPF has simple and cost-effective way to distribute consumer trust funds,

19  while ensuring that the selection process is open to all qualified applicants, managed by competent

20  professionals, and accountable to both the court and the broader public.

21         18.     CCPF also publicizes the availability of funds; hence it raises awareness of the

22  underlying case and legal issues, statewide.

23  **PROCESS**

24         19.     Upon being designated the trust administrator, the CCPF generally identifies a

25  variety of experts in the consumer education/research field, to identify and prioritize issues in the

26  specific field of interest – areas where the availability of additional resources has the potential to

27  have the biggest impact.  These experts could include nonprofit organizations already working in

28

MALRY DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

the field, researchers, consumer education experts working in the field, as well as relevant

published data.

20.     Using the findings from these conversations and meetings as a guide, combined

with other research, staff works to develop a strategic grant making program that clearly

communicates the purpose of the trust, the grant objectives, grant approval criteria, and describes

the grant making process and CCPF expectations.

**TIMELINE**

21.     We are typically able to begin distributing the grant making guidelines described

above to potential grant seekers within 3-4 months of having been named the administrator.  The

trust announcement is distributed to our existing database of nonprofits located across California,

along with the names of other nonprofit organizations identified during the program development

process.   In addition, staff participates on grant seeker panels hosted by regional community

foundations and technical assistance providers presented across the state to further advise the

community about the trust.

**GRANT MAKING CYCLE(S)**

22.     Applicants are encouraged to contact CCPF staff for guidance on a possible

application, and in fact, staff devotes considerable time with applicants clarifying their ideas and

direction to increase the potential for their success.

23.     The amount of the trust will determine how many grant cycles are available.

24.     Each grant making cycle typically ranges from 3-4 months – which includes

advising the nonprofit community of the availability of the funds, reviewing applications,

preparing and presenting staff analysis of the grant applications to our board of directors for their

review, preparing grant agreements, and forwarding the initial grant payments.

25.     Grant applications are reviewed by CCPF staff, which is responsible for conducting

a thorough analysis of all grant applications.  This may include site visits of the applicants.

Analysis includes assessment of organization's capacity to undertake the project as presented,

which includes, but is not limited to, the strength of its financial position, the experience of its

staff, evidence that it has successfully performed in similar projects, how it measures its success,

1  the degree to which the project is aligned with its mission and other programming, and the impact

2  the project is likely to have with regard to issue being addressed.  Based on this analysis, staff

3  presents recommendations to the CCPF board of directors for their review and discussion.

4  Following this review, the board approves or declines the grant applications.  The CCPF board

5  serves as an independent body, the independence of which is reinforced by the Foundation's

6  bylaws that set forth very strict conflict of interest requirements.  Under the bylaws, board

7  members may not be associated in any way with an organization seeking a CCPF grant.  Attached

8  as Exhibit 2 is a current list of CCPF board members.

9        26.      Grants are generally approved for up to one year with payments disbursed over the

10  year and tied to specific grant performance benchmarks/requirements including staff's receipt of

11  periodic grant updates.

12  **ADMINISTRATION OF FUNDS**

13        27.      For accounting purposes, each trust is isolated to ensure that all disbursements are

14  captured to accurately reflect all grant making activities.  A grant database is used to record

15  grantee information, including the purpose of the grant, start and end dates, payment and report

16  due dates.  The database also reflects staff's receipt of reports and any other related information

17  that assists us in monitoring a grantee's performance.

18  **PURPOSE OF FUND AND BENEFITS TO CLASS**

19        28.      It is my understanding that the Hain Celestial matter relates to false and misleading

20  claims about organic consumer products.  CCPF has a longstanding interest and expertise in

21  funding projects related to consumer protection and education regarding false and misleading

22  claims relating to consumer products. If CCPF is approved as a recipient of a *cy pres* award here,

23  it would responsibly allocate the *cy pres* funds to nonprofit organizations that will best serve the

24  needs and interests of the Class.

25        29.      If CCPF is approved as a *cy pres* recipient, the Class will benefit from CCPF's

26  expertise in determining how best to meet the goals of the lawsuit.

27

28

MALRY DECL. ISO MOTION FOR FINAL APPROVAL – Case No. C 11-03082 LB

1    I declare under the penalty of perjury that the foregoing is true and correct, and that if

2  called upon to testify, I could verify the accuracy of the same. This document was executed on

3  January 26, 2016, in Los Angeles, California.

4  _____

5                        CASSANDRA MALRY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

# Exhibit 1

**Cassandra Malry**
1833 Buckingham Road
Los Angeles, CA 90019
323.630.4492
pcmalry@consumerfdn.org

**EXPERIENCE**

*2006-Present   Executive Director, California Consumer Protection Foundation*
- Manage or direct all aspects of creating and operating the foundation including fiscal management, grant making, administration, and management.
- Design and implement all workflow and systems used to operate the foundation and its grant making programs.
- Under my direction, the foundation has attracted new funds of slightly more than $4 million including first ever, corporate contribution.

*2001-2006    Senior Program Officer, California Consumer Protection Foundation*
- Review grant proposals, make recommendations to board of directors, monitor/administer grant portfolio.
- Provide technical assistance to grant seekers.
- Oversee Southern California grant making program, assist with development and implementation of guidelines, criteria, outreach, and program related components.

*2000-Present  Principal, Partnered Solutions*
- Deliver range of technical assistance to nonprofit organizations including strategic planning, fiscal management, development strategies, organizational effectiveness, program development, and board training/development.
- Assess and evaluate proposals, grants, and programs.
- Clients include government agencies, universities, statewide, and local community-based nonprofit organizations.

*1996-2000    Senior Program Officer, The California Endowment*
- Developed and presented strategies on program development, industry trends, and policy enhancements to senior management, board of directors, policy makers, and elected officials.
- Developed and nurtured strong relationships with diverse community-based organizations, leaders and elected officials.
- Developed and conducted technical assistance workshops tailored to meet specific needs of developing and mature nonprofit organizations.  Topics included board development, strategic planning, program development, fiscal management, volunteer recruitment/training, and evaluation.
- Managed a portfolio of grants ranging in size from $2,500 to $12 million.
- Managed staff of professionals and engaged consultants in multi-tasked, deadline oriented environment.
- Created and implemented proposal review, grant management and monitoring systems.

*1988-1995    Treasurer, The Times Mirror Foundation(elected 1991)*
              *Director, The Times Mirror Company*
- Served as corporate representative at civic, business and community events and as liaison with elected officials and regulatory agencies.

**Cassandra Malry**
Page 2

- Increased corporate visibility through development and production of comprehensive, award-winning community relations and employee publications.
- Evaluated funding proposals and presented recommendations to senior management.  Research included site visits, financial, and programmatic analysis.
- Developed and presented budgets, forecasts, and related financial information to senior management covering Company and Foundation charitable expenses ranging from $3 million to $10 million annually.
- Streamlined proposal and matching gift review process including set-up, development of databases, grant-tracking, and financial reporting formats.
- Acted as trouble-shooter and consultant on issues relating to community affairs/marketing, philanthropy to Company's twenty-six operating companies.

1980-1988   *Special Assistant to the Treasurer, The Times Mirror Company*
- Identified and implemented cash management technologies suitable for Company's needs including a centralized controlled disbursement system which resulted in annual savings of more than $600,000.
- Designed and managed corporate minority venture capital fund which resulted in acquisition of or investment of almost $1 million in six broadcast properties.
- Developed criteria for and managed short-term borrowings in excess of $300 million and investment portfolio in excess of $12 million.

1974-1980   *Assistant Vice President, World Banking, Bank of America*
- Maintained relationships with Fortune 500 companies with loan commitments in excess of $175 million and acted as agent in participation with 24 other banks in $25 million credit.
- Analyzed customer business plans, developed information on staffing, operations planning and financial condition, and made recommendations on bank services.

**EDUCATION**
University of California, Los Angeles, CA
Master of Business Administration, Marketing Emphasis, Graduate Fellow
Bachelor of Arts

**VOLUNTEER ACTIVITIES**
LaFayette Square Association – First Vice President

# Exhibit 2

California Consumer Protection Fund
Board Directors
January 2016

- ➢ Henry Izumizaki
  Learning Director
  The Russell Family Foundation
  Gig Harbor, WA

- ➢ Ann Haskins
  Administrative Law Judge
  Los Angeles, CA

- ➢ Gil Murray
  Attorney
  Oakland, CA

- ➢ Santos Gomez
  Attorney
  Monterrey, CA